Case 3:07-cv-05026-MHP　　Document 1-2　　Filed 09/28/2007　　Page 1 of 2



Home　　News　　Premium zone　　Free zone　　Rapid Tools　　FAQ　　Support　　Banners　　Imprint

**The future of 1-Click web hosting**

You want to download a file. Please scroll down to proceed.
We host your files for free! Click here to upload files.

**Upload-Limit: Unlimited!** (Max. **100 MB** per file! Split-Archives allowed!)
**Download-Limit: Unlimited!** (Some files have 100.000 Downloads!)



With　　　　　　　　　　　　　　　　　**140**　　　　　　　　　　　　　　　　　**Gigabit/s**
of Internet connectivity and 3.5 Petabytes of storage, RapidShare is one of the biggest and fastest web hosters world wide.

**1-Click web hosting for free**
With our 1-Click web hosting solution you can put your files online for free with just one click fast and easy. You decide, who will be able to access your file. Only people knowing the exact download URL are able to download your file. Your file will be deleted when it has not been accessed for more than 90 days or you use your delete link.

**Professional web hosting**
By using our direct download solution, you can provide many features to your friends and customers. Embed videos and images directly into your homepage, make interesting files available for direct download. No matter where your customers are, by being able to choose from ten mirrors, you show that you take file hosting serious. Big companies have the possibility to use our file hosting cluster solution if extreme bandwidth is needed by serving thousands of customers at the same time. Start now by purchasing a premium account.

You want to download the file **http://rapidshare.com/files/52781850/BaSt.part01.rar**

| Feature-Overview | Premium | Free |
| --- | --- | --- |
| **Download-Limit** | **No limits[1]** | Limited |
| **Max. parallel downloads** | **Unlimited** | 1 |
| Use RapidUploader to upload files | ✔ | ✔ |
| Support for Download-Accelerators | ✔ | No |
| Resume aborted downloads | ✔ | No |
| Downloads start without delays | ✔ | No |
| Extra slots, if the servers are full | ✔ | No |
| RapidShare Direct-Downloads | ✔ | No |

| When are YOUR files deleted? | Never![2] | 90 days without download |
|---|---|---|
| **Select your download:** | PREMIUM | Free |