

September 28, 2007

Sara Mason, Copyright Agent
Ning, Inc.
167 Hamilton Avenue, Suite 300
Palo Alto, CA
94301
copyright@ning.com
Facsimilie: (650) 289-9300

    **Re:**    **Notice of DMCA Claim of Infringement**
              **Request for Removal of Images, Files and Links**

Dear Ms. Mason:

By this letter I give you notice valid under the DMCA copyright infringement notification requirements, 17 U.S.C. §512. I am the designated agent of Io Group, Inc. d/b/a Titan Media, the owner of the copyrights to the audiovisual works infringed as a result of the images, files and links identified by url on Attachment A. It is my good faith belief that the disputed use was not authorized by the owner of the copyrights, its agent or the law.

On behalf of Io Group, Inc., I ask that upon receipt of this notification of claimed infringement you expeditiously remove, or disable access to, the claimed infringing material and any other Titan Media property.

I certify under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner of the aforementioned copyright protected materials.

Please advise me when the offending images have been removed so that we may re-inspect the site for compliance. Under the subpoena provision of 17 U.S.C. §512(h) or other legal process, Io Group, Inc. shall seek identifying information for the individuals who posted these images, files and links to ning.com including, without limitation, the ip address for each of the individuals. Therefore, Io Group requests that you preserve any and all information relating to the posting of this material.

Thank you in advance for your cooperation in this matter.

 Sincerely,

*/s/ Gill Sperlein*

D. GILL SPERLEIN
General Counsel, Titan Media

---

Io Group, Inc. DMCA Take Down Notice
to Ning, Inc.
page 2 of 13

# ATTACHMENT A

Work: *Manplay 10;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A7483

Links to Infringing Images or Files:
http://rapidshare.com/files/54117571/MP10.part1.rar
http://rapidshare.com/files/54119878/MP10.part2.rar
http://rapidshare.com/files/54120362/MP10.part3.rar

Work: *Campus Pizza;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A1663

Links to Infringing Images or Files:
http://api.ning.com/files/0c3qnAHjhcZaLxjna6mn7-L67rXdBLCjvHer9chFOu8=/CPgrabs.jpg?width=300
http://api.ning.com/files/0c3qnAHjhcZaLxjna6mn7-L67rXdBLCjvHer9chFOu8=/CPgrabs.jpg
http://rapidshare.com/files/52229256/CP.part1.rar
http://rapidshare.com/files/52251808/CP.part2.rar
http://rapidshare.com/files/52251808/CP.part3.rar
http://rapidshare.com/files/52251808/CP.part4.rar
http://rapidshare.com/files/52251808/CP.part5.rar
http://rapidshare.com/files/52251808/CP.part6.rar
http://rapidshare.com/files/52251808/CP.part7.rar
http://rapidshare.com/files/52251808/CP.part8.rar

Work: *Road to Redneck Hollow;* User Name of poster: **jason scott**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A8012

Links to Infringing Images or Files:
http://rs168.rapidshare.com/files/54319530/R3dH0l_cover.jpg
http://rapidshare.com/files/53963922/R3dH0l.avi.001
http://rapidshare.com/files/53966226/R3dH0l.avi.002
http://rapidshare.com/files/53971684/R3dH0l.avi.003
http://rapidshare.com/files/53976401/R3dH0l.avi.004
http://rapidshare.com/files/53981203/R3dH0l.avi.005
http://rapidshare.com/files/53984492/R3dH0l.avi.006
http://rapidshare.com/files/53989433/R3dH0l.avi.007
http://rapidshare.com/files/53994169/R3dH0l.avi.008
http://rapidshare.com/files/54009400/R3dH0l.avi.009
http://rapidshare.com/files/54012503/R3dH0l.avi.010

Work: *Work Out;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A6473

Links to Infringing Images or Files:
http://rapidshare.com/files/53791377/WO.part01.rar
http://rapidshare.com/files/53794242/WO.part02.rar
http://rapidshare.com/files/53797024/WO.part03.rar
http://rapidshare.com/files/53799639/WO.part04.rar
http://rapidshare.com/files/53802172/WO.part05.rar
http://rapidshare.com/files/53804977/WO.part06.rar
http://rapidshare.com/files/53807669/WO.part07.rar
http://rapidshare.com/files/53810538/WO.part08.rar
http://rapidshare.com/files/53810852/WO.part09.rar

Work: *Folsom Leather;* User Name of poster: **david shilman**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A6364

Links to Infringing Images or Files:
http://rapidshare.com/users/2AMYSU

Work: *Shacked Up;* User Name of poster: **MikeyG**
Page:
http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A248

Links to Infringing Images or Files:
http://api.ning.com/files/Fku7691NZHahkbyeJcKzmP5eWCYuYLi4xlLcghbaTzk=/SUgrabs.jpg?width=300
http://api.ning.com/files/Fku7691NZHahkbyeJcKzmP5eWCYuYLi4xlLcghbaTzk=/SUgrabs.jpg
http://rapidshare.com/files/51964193/SU.part1.rar
http://rapidshare.com/files/51966091/SU.part2.rar
http://rapidshare.com/files/51967850/SU.part3.rar
http://rapidshare.com/files/51969854/SU.part4.rar
http://rapidshare.com/files/51971767/SU.part5.rar
http://rapidshare.com/files/51973992/SU.part6.rar
http://rapidshare.com/files/51976310/SU.part7.rar

Work: *Boiler;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A3766

Links to Infringing Images or Files:
http://rapidshare.com/files/52681319/B01.part1.rar
http://rapidshare.com/files/52684407/B01.part2.rar
http://rapidshare.com/files/52684906/B01.part3.rar
http://rapidshare.com/files/52688345/B02.part1.rar

---

http://rapidshare.com/files/52690961/B02.part2.rar
http://rapidshare.com/files/52694054/B03.part1.rar
http://rapidshare.com/files/52696521/B03.part2.rar
http://rapidshare.com/files/52700461/B04.part1.rar
http://rapidshare.com/files/52703426/B04.part2.rar
http://rapidshare.com/files/52703680/B04.part3.rar

Work: *Barnstorm;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A4183

Links to Infringing Images or Files:
http://rapidshare.com/files/52781850/BaSt.part01.rar
http://rapidshare.com/files/52783855/BaSt.part02.rar
http://rapidshare.com/files/52785729/BaSt.part03.rar
http://rapidshare.com/files/52787603/BaSt.part04.rar
http://rapidshare.com/files/52789341/BaSt.part05.rar
http://rapidshare.com/files/52791063/BaSt.part06.rar
http://rapidshare.com/files/52793011/BaSt.part07.rar
http://rapidshare.com/files/52794905/BaSt.part08.rar
http://rapidshare.com/files/52796694/BaSt.part09.rar
http://rapidshare.com/files/52797368/BaSt.part10.rar

Work: *Factory Fresh;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A4825

Links to Infringing Images or Files:
http://rapidshare.com/files/53097607/FaFr.part01.rar
http://rapidshare.com/files/53100781/FaFr.part02.rar
http://rapidshare.com/files/53105395/FaFr.part03.rar
http://rapidshare.com/files/53110181/FaFr.part04.rar
http://rapidshare.com/files/53114824/FaFr.part05.rar
http://rapidshare.com/files/53119822/FaFr.part06.rar
http://rapidshare.com/files/53124746/FaFr.part07.rar
http://rapidshare.com/files/53129845/FaFr.part08.rar
http://rapidshare.com/files/53134964/FaFr.part09.rar
http://rapidshare.com/files/53140276/FaFr.part10.rar
http://rapidshare.com/files/53141682/FaFr.part11.rar

Work: *R.E.M;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A5241

Links to Infringing Images or Files:
http://rapidshare.com/files/53344956/RaEyMo.part1.rar
http://rapidshare.com/files/53348088/RaEyMo.part2.rar
http://rapidshare.com/files/53351300/RaEyMo.part3.rar
http://rapidshare.com/files/53352525/RaEyMo.part4.rar

Work: *Holler;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A5390

Links to Infringing Images or Files:
http://rapidshare.com/files/53354949/HAL.part1.rar
http://rapidshare.com/files/53357766/HAL.part2.rar
http://rapidshare.com/files/53361265/HAL.part3.rar
http://rapidshare.com/files/53368520/HAL.part4.rar
http://rapidshare.com/files/53370064/HAL.part5.rar

Work: *Manplay 26: Nailed;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A6411

Links to Infringing Images or Files:
http://rapidshare.com/files/53770725/NAMP26.part1.rar
http://rapidshare.com/files/53772967/NAMP26.part2.rar
http://rapidshare.com/files/53775377/NAMP26.part3.rar
http://rapidshare.com/files/53778134/NAMP26.part4.rar
http://rapidshare.com/files/53781065/NAMP26.part5.rar
http://rapidshare.com/files/53783856/NAMP26.part6.rar
http://rapidshare.com/files/53786370/NAMP26.part7.rar
http://rapidshare.com/files/53788616/NAMP26.part8.rar

Work: *Farm Hands;* User Name of poster: **MikeyG**
Page: http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A7075

Links to Infringing Images or Files:
http://rapidshare.com/files/53923916/FaHa.part01.rar
http://rapidshare.com/files/53925607/FaHa.part02.rar
http://rapidshare.com/files/53927177/FaHa.part03.rar
http://rapidshare.com/files/53928853/FaHa.part04.rar
http://rapidshare.com/files/53930480/FaHa.part05.rar
http://rapidshare.com/files/53932231/FaHa.part06.rar
http://rapidshare.com/files/53933966/FaHa.part07.rar
http://rapidshare.com/files/53935639/FaHa.part08.rar
http://rapidshare.com/files/53936149/FaHa.part09.rar

Work: *Drill;* User Name of poster: **bixbegg2000**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A3016

Links to Infringing Images or Files:
http://www.maledvd.ca/images/1535tit10405.jpg
http://rapidshare.com/files/52527325/DRILL_split.wmv.html

Work: *Drill;* User Name of poster: **bigbuilder**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A9469

Links to Infringing Images or Files:
http://rapidshare.com/files/53451395/Box.rar

Work: *Giant: Part 1and 2;* User Name of poster: **jackcoughmee**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A3718

Links to Infringing Images or Files:
http://www.photolava.com/view/5arv.html
http://www.photolava.com/view/5jql.html
http://lix.in/f2fc9d
http://lix.in/e5d96c
http://img105.mytextgraphics.com/photolava/2007/08/17/gpt1-47ilq0uq6.jpg
http://img105.mytextgraphics.com/photolava/2007/08/21/gpt2-47k9lm7dk.jpg

Work: *R.E.M. ;* User Name of poster: **tbear2006**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A5819

Links to Infringing Images or Files:
http://rapidshare.com/files/53514966/REM.mpg.001
http://rapidshare.com/files/53520888/REM.mpg.002
http://rapidshare.com/files/53527740/REM.mpg.003
http://rapidshare.com/files/53533061/REM.mpg.004
http://rapidshare.com/files/53537815/REM.mpg.005
http://rapidshare.com/files/53542982/REM.mpg.006
http://rapidshare.com/files/53548461/REM.mpg.007
http://rapidshare.com/files/53554863/REM.mpg.008
http://rapidshare.com/files/53560862/REM.mpg.009
http://rapidshare.com/files/53566710/REM.mpg.010
http://rapidshare.com/files/53572848/REM.mpg.011
http://rapidshare.com/files/53578776/REM.mpg.012
http://rapidshare.com/files/53584734/REM.mpg.013

Work: *Alabama Take Down;* User Name of poster: **studly**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A7062

Links to Infringing Images or Files:
http://api.ning.com/files/berK5G2qOY0JHgfbKKLjKdQicHbVtrA*uRi5EMjSSow_/screens.jpg
http://rapidshare.com/users/BJMQZB

Work: *At Large;* User Name of poster: **hurst**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A8030
(posting may have been removed already)

Links to Infringing Images or Files:
http://img103.mytextgraphics.com/photolava/2007/09/10/atlge-47s697fcs.jpg
(link may have been removed already)

Work: *Carny;* User Name of poster: **serendip**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A10062
(posting may have been removed already)

Links to Infringing Images or Files:
http://rapidshare.com/users/FXJOO1
(link may have been removed already)

Work: *The List;* User Name of poster: **jebo2007**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A10490

Links to Infringing Images or Files:
http://api.ning.com/files/-ALQFRfCF1woJbTRgPRIZgraSEdoHuWigLOnOq6Kpdw_/195057.jpg
http://api.ning.com/files/-ALQFRfCF1z3FoL9DZXdTHqVa72SXkh9wL35mSn6Jj8_/195057_b.jpg
http://api.ning.com/files/-ALQFRfCF1ymLu9M4Pj9Nuy7gTTGnOp*8FZBVbz*pdM_/captures.jpg
http://rapidshare.com/files/54875700/46up9e6n.part01.rar
http://rapidshare.com/files/54880209/46up9e6n.part02.rar
http://rapidshare.com/files/54885081/46up9e6n.part03.rar
http://rapidshare.com/files/54890151/46up9e6n.part04.rar
http://rapidshare.com/files/54895320/46up9e6n.part05.rar
http://rapidshare.com/files/54900300/46up9e6n.part06.rar
http://rapidshare.com/files/54910067/46up9e6n.part07.rar
http://rapidshare.com/files/54961687/46up9e6n.part08.rar
http://rapidshare.com/files/54968940/46up9e6n.part09.rar
http://rapidshare.com/files/54954826/46up9e6n.part10.rar
http://rapidshare.com/files/54871389/46up9e6n.part11.rar

69 CONVERSE ST, SAN FRANCISCO, CA 94103   VOICE: 415.487.1211 X:32   FAX: 415.252.7747
E-MAIL: LEGAL@TITANMEDIA.COM

Work: *Naked Escape;* User Name of poster: **princeplanet**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A10786

Links to Infringing Images or Files:
http://api.ning.com/files/hDmG*iWx*rhD1RCjmRDwhM5Nli07ur5Q28LWUlsMuNY_/BareassRunaway_front.jpg
http://api.ning.com/files/hDmG*iWx*ri6QNKkEm1AhljRjs1EC6T7qBp5HNxiaB8_/BareassRunaway_back.jpg
http://api.ning.com/files/hDmG*iWx*rgi1gPAfqRWRUDPkdEeYOQTthCUSPSNf5M_/BareassRunaway_thumb.jpg
http://lix.in/8353b5

Work: *Spy Quest 3;* User Name of poster: **david shilman**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A13683

Links to Infringing Images or Files:
http://rapidshare.com/users/OH5LND

Work: *Manhattan Sex Party I;* User Name of poster: **tbear2006**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A17355

Links to Infringing Images or Files:
http://api.ning.com/files/K0dcKIeaP85M3nb-LX5g7366VlJehUuIwD2*eRF3wrU_/ManhattanSexParty1.jpg
http://rapidshare.com/files/56061664/manhattan_sex_party_1.mpg.001
http://rapidshare.com/files/56065225/manhattan_sex_party_1.mpg.002
http://rapidshare.com/files/56069122/manhattan_sex_party_1.mpg.003
http://rapidshare.com/files/56073715/manhattan_sex_party_1.mpg.004
http://rapidshare.com/files/56078732/manhattan_sex_party_1.mpg.005
http://rapidshare.com/files/56083410/manhattan_sex_party_1.mpg.006
http://rapidshare.com/files/56088346/manhattan_sex_party_1.mpg.007
http://rapidshare.com/files/56093776/manhattan_sex_party_1.mpg.008
http://rapidshare.com/files/56098693/manhattan_sex_party_1.mpg.009
http://rapidshare.com/files/56103870/manhattan_sex_party_1.mpg.010
http://rapidshare.com/files/56109541/manhattan_sex_party_1.mpg.011
http://rapidshare.com/files/56114863/manhattan_sex_party_1.mpg.012
http://rapidshare.com/files/56120439/manhattan_sex_party_1.mpg.013
http://rapidshare.com/files/56125586/manhattan_sex_party_1.mpg.014
http://rapidshare.com/files/56131149/manhattan_sex_party_1.mpg.015
http://rapidshare.com/files/56135335/manhattan_sex_party_1.mpg.016

Work: *Packers;* User Name of poster: **taylor hutchence**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A9469

Links to Infringing Images or Files:
http://rapidshare.com/files/22435520/PJ_A.avi.001
http://rapidshare.com/files/22443978/PJ_A.avi.002
http://rapidshare.com/files/22445945/PJ_A.avi.003

Work: *Hitch;* User Name of poster: **bart**
Page:
http://mcgsmen2.ning.com/video/video/show?id=1046397%3AVideo%3A22222

Links to Infringing Images or Files:
afile-846458648.flv

Work: *Mensroom: Bakersfield Station;* User Name of poster: **brown sugar**
Page:
http://mcgsmen2.ning.com/video/video/show?id=1046397%3AVideo%3A19943

Links to Infringing Images or Files:
afile-699957147.flv

Work: *Shacked Up;* User Name of poster: **MikeyG**
Page:
http://mcgsmen2.ning.com/video/video/show?id=1046397%3AVideo%3A4258

Links to Infringing Images or Files:
afile-720188826.flv

Work: *Folsom Filth;* User Name of poster: **furrball**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A24982

Links to Infringing Images or Files:
http://api.ning.com/files/*a4r05Mtyom4mWvGVUMy157HByuxBbK5KD1SGGBL-bE_/FF.jpg
http://rapidshare.com/users/5LMKVB

Work: *Copshack 2: Crossing the Line;* User Name of poster: **tbear2006**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A24982

Links to Infringing Images or Files:
http://api.ning.com/files/M3X9ekChDhwNJeskhWTYzA9v8*Lz7bpdNpAsx7ujIEA_/CrossingTheLineCS2.jpg
http://rapidshare.com/users/WS7QRF

Work: *Tag Team;* User Name of poster: **bitchy bowen**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A31885

Links to Infringing Images or Files:
http://api.ning.com/files/GowSuIrHqiMWoHpIOxiVu6zx2jlhSBXHmJGyognj9QA_/cover.jpg
http://rapidshare.com/files/56887537/team_rassling-1.avi.001
http://rapidshare.com/files/56893570/team_rassling-1.avi.002
http://rapidshare.com/files/56816632/team_rassling-2.avi.001
http://rapidshare.com/files/56827111/team_rassling-2.avi.002
http://rapidshare.com/files/56838363/team_rassling-2.avi.003
http://rapidshare.com/files/56847539/team_rassling-3.avi.001
http://rapidshare.com/files/56856960/team_rassling-3.avi.002
http://rapidshare.com/files/56865351/team_rassling-4.avi.001
http://rapidshare.com/files/56873246/team_rassling-4.avi.002
http://rapidshare.com/files/56881002/team_rassling-4.avi.003

Work: *Horse: Fallen Angel V;* User Name of poster: **thomas**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A48309

Links to Infringing Images or Files:
http://rapidshare.com/users/545WH9
http://rapidshare.com/users/KSW35G
http://api.ning.com/files/CcaaU5kFNSs93yoAUHAUmPd66mOO3KgpIcBIopaa008_/03.jpg
http://api.ning.com/files/CcaaU5kFNSsMNFhV80GI8qQzqopAcas-crc*o5yL78U_/4.jpg

Work: *SeaMen: Fallen Angel IV*; User Name of poster: **thomas**

Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A48747

Links to Infringing Images or Files:
http://api.ning.com/files/WGdFk3aZEuPdxcZWpKbVJzGC-MWi8UQJ*BRGO*IUWH8_/01.jpg?width=300
http://api.ning.com/files/FARVL2YRzmP4-632jqxo6zmZv0eIwbVcgRr1MA2X00M_/03.jpg
http://rapidshare.com/users/DZU5UT

---

Work: *SeaMen: Fallen Angel IV*; User Name of poster: **thomas**

Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A48935

Links to Infringing Images or Files:
http://api.ning.com/files/t0OiznjKIRC4D8ok8UU2yH28O*Of3lGH7YsGFnLok24_/01.jpg?width=300
http://api.ning.com/files/FQIBn98gLaRrFrylSh2A-bo97TEUZJy4Zr2itCzz8nU_/02.jpg
http://rapidshare.com/users/7P9WIQ

Work: *SeaMen: Fallen Angel IV*; User Name of poster: **thomas**

Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A49804

Links to Infringing Images or Files:
http://api.ning.com/files/9RBg26z8Z4FI4J1UTmu93QeHf-teB3*ABJdSuFlHsTM_/01.jpg?width=300
http://api.ning.com/files/mzp1X-Wo5Num74SJ0z6*kyP8TIN-l1AwSbe6aDQ5gRw_/01.jpg?width=300
http://api.ning.com/files/mzp1X-Wo5NtWI0It4M*Lnnx6MTp76u0volhzwz2d068_/01.jpg
http://rapidshare.com/users/VW4XWM

Work: *Shacked Up;* User Name of poster: **hurst**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A47944

Links to Infringing Images or Files:
http://rapidshare.com/files/58066896/shack_dj.avi.001
http://rapidshare.com/files/58069310/shack_dj.avi.002
http://rapidshare.com/files/58021941/shack_dj.avi.003

Work: *Lifeguard ;* User Name of poster: **titgars**
Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A25945

Links to Infringing Images or Files:
http://api.ning.com/files/Yk9wXRksf*n2jO89872PtBRuUsUd7ynYK8*jmbkO*Iw_/life.jpg

Work: *Rx;* User Name of poster: **david**

Page: http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A42361

Links to Infringing Images or Files:
http://rapidshare.com/files/57533149/arrrx.wmv.001
http://rapidshare.com/files/57533151/arrrx.wmv.002
http://rapidshare.com/files/57533153/arrrx.wmv.003
http://rapidshare.com/files/57540283/arrrx.wmv.004
http://rapidshare.com/files/57540285/arrrx.wmv.005
http://rapidshare.com/files/57540286/arrrx.wmv.006
http://rapidshare.com/files/57547423/arrrx.wmv.007
http://rapidshare.com/files/57547425/arrrx.wmv.008
http://rapidshare.com/files/57547428/arrrx.wmv.009
http://rapidshare.com/files/57548470/arrrx.wmv.010
http://rapidshare.com/files/57547429/arrx.jpg
http://api.ning.com/files/gY7XaXNmWdGs225dY9QsY20XTG092eFkPDp80Fs9geI_/tm74e.jpg?width=300

Work: *Desert Train;* User Name of poster: **ulises**
Page:
http://mcgsmen2.ning.com/profiles/blog/show?id=1046397%3ABlogPost%3A50548

Links to Infringing Images or Files:
http://pic.aebn.net/Stream/Movie/Boxcovers/a89997_xlf.jpg
http://rapidshare.com/files/42363401/DesertTrain_1h24min_808MB.avi.001
http://rapidshare.com/files/42365133/DesertTrain_1h24min_808MB.avi.002
http://rapidshare.com/files/42365198/DesertTrain_1h24min_808MB.avi.003
http://rapidshare.com/files/42374588/DesertTrain_1h24min_808MB.avi.004
http://rapidshare.com/files/42374751/DesertTrain_1h24min_808MB.avi.005
http://rapidshare.com/files/42401409/DesertTrain_1h24min_808MB.avi.006
http://rapidshare.com/files/42416506/DesertTrain_1h24min_808MB.avi.007
http://rapidshare.com/files/42420311/DesertTrain_1h24min_808MB.avi.008
http://rapidshare.com/files/42419172/DesertTrain_1h24min_808MB.avi.009

Work: *Campus Pizza*; User Name of poster: **u-ron**

Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A49706

Links to Infringing Images or Files:
http://lix.in/08fada
http://api.ning.com/files/BgxFecvjILE4Mm-k2MMdGe34HA5R-PrKj5tkz09ZJEo_/1185758068pizzafront.jpg?width=300
http://api.ning.com/files/BgxFecvjILFH6j763q-RNgYWT8FyjbmWxg-g9M5jYN0_/1185758068pizza_back.jpg?width=300

http://api.ning.com/files/BgxFecvjILH4HH2S4Jbad2zwoPIJ4VIypDzc1SC6ct0_/CAP.jpg?width=300
http://docs.google.com/View?docid=dcjt3x5m_20727zzqn8
http://docs.google.com/View?docid=dcjt3x5m_2096hqc7k8

Work: *Laid Up*; User Name of poster: **david**

Page:
http://mcgsmen2.ning.com/forum/topic/show?id=1046397%3ATopic%3A50768

Links to Infringing Images or Files:
http://api.ning.com/files/mZUuI04AfgKaF-bFAXRuMIYXr7o0y0XyQCtn1h1owRM_/laid_up.jpg
http://rapidshare.com/files/58596636/laid_up.wmv.001
http://rapidshare.com/files/58707677/laid_up.wmv.002
http://rapidshare.com/files/58707677/laid_up.wmv.003
http://rapidshare.com/files/58707677/laid_up.wmv.004
http://rapidshare.com/files/58707677/laid_up.wmv.005
http://rapidshare.com/files/58707677/laid_up.wmv.006
http://rapidshare.com/files/58707677/laid_up.wmv.007
http://rapidshare.com/files/58707677/laid_up.wmv.008
http://rapidshare.com/files/58707677/laid_up.wmv.009
http://rapidshare.com/files/58707677/laid_up.wmv.010
http://rapidshare.com/files/58707677/laid_up.wmv.011

69 CONVERSE ST, SAN FRANCISCO, CA 94103   VOICE: 415.487.1211 X:32   FAX: 415.252.7747
E-MAIL: LEGAL@TITANMEDIA.COM