

September 28, 2007

Rapidshare
abuse@rapidshare.com

**Re: Notice of DMCA Claim of Infringement**
**Request for Removal of Images, Files and Links**

Dear Rapidshare:

By this letter I give you notice valid under the DMCA copyright infringement notification requirements, 17 U.S.C. §512. I am the designated agent of Io Group, Inc. d/b/a Titan Media, the owner of the copyrights to the audiovisual works infringed as a result of the images, files and links identified by url on Attachment A. It is my good faith belief that the disputed use was not authorized by the owner of the copyrights, its agent or the law.

On behalf of Io Group, Inc., I ask that upon receipt of this notification of claimed infringement you expeditiously remove, or disable access to, the claimed infringing material and any other Titan Media property.

I certify under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner of the aforementioned copyright protected materials.

Please advise me when the offending images have been removed so that we may re-inspect the site for compliance. Under the subpoena provision of 17 U.S.C. §512(h) or other legal process, Io Group, Inc. shall seek identifying information for the individuals who posted these images, files and links to ning.com including, without limitation, the ip address for each of the individuals. Therefore, Io Group requests that you preserve any and all information relating to the posting of this material.

Thank you in advance for your cooperation in this matter.

Sincerely,

*/s/ Gill Sperlein*

D. GILL SPERLEIN
General Counsel, Titan Media

**ATTACHMENT A**

Work: *Manplay 10*
Links to Infringing Images or Files:
http://rapidshare.com/files/54117571/MP10.part1.rar
http://rapidshare.com/files/54119878/MP10.part2.rar
http://rapidshare.com/files/54120362/MP10.part3.rar

Work: *Campus Pizza*
Links to Infringing Images or Files:
http://rapidshare.com/files/52229256/CP.part1.rar
http://rapidshare.com/files/52251808/CP.part2.rar
http://rapidshare.com/files/52251808/CP.part3.rar
http://rapidshare.com/files/52251808/CP.part4.rar
http://rapidshare.com/files/52251808/CP.part5.rar
http://rapidshare.com/files/52251808/CP.part6.rar
http://rapidshare.com/files/52251808/CP.part7.rar
http://rapidshare.com/files/52251808/CP.part8.rar

Work: *Road to Redneck Hollow*
Links to Infringing Images or Files:
http://rs168.rapidshare.com/files/54319530/R3dH0l_cover.jpg
http://rapidshare.com/files/53963922/R3dH0l.avi.001
http://rapidshare.com/files/53966226/R3dH0l.avi.002
http://rapidshare.com/files/53971684/R3dH0l.avi.003
http://rapidshare.com/files/53976401/R3dH0l.avi.004
http://rapidshare.com/files/53981203/R3dH0l.avi.005
http://rapidshare.com/files/53984492/R3dH0l.avi.006
http://rapidshare.com/files/53989433/R3dH0l.avi.007
http://rapidshare.com/files/53994169/R3dH0l.avi.008
http://rapidshare.com/files/54009400/R3dH0l.avi.009
http://rapidshare.com/files/54012503/R3dH0l.avi.010

Work: *Work Out*
Links to Infringing Images or Files:
http://rapidshare.com/files/53791377/WO.part01.rar
http://rapidshare.com/files/53794242/WO.part02.rar
http://rapidshare.com/files/53797024/WO.part03.rar
http://rapidshare.com/files/53799639/WO.part04.rar
http://rapidshare.com/files/53802172/WO.part05.rar
http://rapidshare.com/files/53804977/WO.part06.rar
http://rapidshare.com/files/53807669/WO.part07.rar
http://rapidshare.com/files/53810538/WO.part08.rar
http://rapidshare.com/files/53810852/WO.part09.rar

Work: *Folsom Leather*
Links to Infringing Images or Files:
http://rapidshare.com/users/2AMYSU (folder)
http://rapidshare.com/files/53766851/FL.JPG
http://rapidshare.com/files/53683209/Folsom_Leather.avi.001
http://rapidshare.com/files/53685340/Folsom_Leather.avi.002
http://rapidshare.com/files/53687389/Folsom_Leather.avi.003
http://rapidshare.com/files/53689423/Folsom_Leather.avi.004
http://rapidshare.com/files/53691450/Folsom_Leather.avi.005
http://rapidshare.com/files/53693645/Folsom_Leather.avi.006
http://rapidshare.com/files/53695578/Folsom_Leather.avi.007
http://rapidshare.com/files/53697754/Folsom_Leather.avi.008
http://rapidshare.com/files/53700151/Folsom_Leather.avi.009
http://rapidshare.com/files/53702183/Folsom_Leather.avi.010
http://rapidshare.com/files/53703901/Folsom_Leather.avi.011
http://rapidshare.com/files/53675278/FL_-_Cumshots.avi.001
http://rapidshare.com/files/53677341/FL_-_Cumshots.avi.002
http://rapidshare.com/files/53679590/FL_-_Photoshoot.avi.001
http://rapidshare.com/files/53680970/FL_-_Photoshoot.avi.002

Work: *Shacked Up*
Links to Infringing Images or Files:
http://rapidshare.com/files/51964193/SU.part1.rar
http://rapidshare.com/files/51966091/SU.part2.rar
http://rapidshare.com/files/51967850/SU.part3.rar
http://rapidshare.com/files/51969854/SU.part4.rar
http://rapidshare.com/files/51971767/SU.part5.rar
http://rapidshare.com/files/51973992/SU.part6.rar
http://rapidshare.com/files/51976310/SU.part7.rar

Work: *Boiler*
Links to Infringing Images or Files:
http://rapidshare.com/files/52681319/B01.part1.rar
http://rapidshare.com/files/52684407/B01.part2.rar
http://rapidshare.com/files/52684906/B01.part3.rar
http://rapidshare.com/files/52688345/B02.part1.rar
http://rapidshare.com/files/52690961/B02.part2.rar
http://rapidshare.com/files/52694054/B03.part1.rar
http://rapidshare.com/files/52696521/B03.part2.rar
http://rapidshare.com/files/52700461/B04.part1.rar
http://rapidshare.com/files/52703426/B04.part2.rar
http://rapidshare.com/files/52703680/B04.part3.rar

Work: *Barnstorm*
Links to Infringing Images or Files:
http://rapidshare.com/files/52781850/BaSt.part01.rar

69 CONVERSE ST., SAN FRANCISCO, CA 94103 VOICE: 415.487.1211 X:32 FAX: 415.252.7747
E-MAIL: LEGAL@TITANMEDIA.COM

http://rapidshare.com/files/52783855/BaSt.part02.rar
http://rapidshare.com/files/52785729/BaSt.part03.rar
http://rapidshare.com/files/52787603/BaSt.part04.rar
http://rapidshare.com/files/52789341/BaSt.part05.rar
http://rapidshare.com/files/52791063/BaSt.part06.rar
http://rapidshare.com/files/52793011/BaSt.part07.rar
http://rapidshare.com/files/52794905/BaSt.part08.rar
http://rapidshare.com/files/52796694/BaSt.part09.rar
http://rapidshare.com/files/52797368/BaSt.part10.rar

Work: *Factory Fresh*
Links to Infringing Images or Files:
http://rapidshare.com/files/53097607/FaFr.part01.rar
http://rapidshare.com/files/53100781/FaFr.part02.rar
http://rapidshare.com/files/53105395/FaFr.part03.rar
http://rapidshare.com/files/53110181/FaFr.part04.rar
http://rapidshare.com/files/53114824/FaFr.part05.rar
http://rapidshare.com/files/53119822/FaFr.part06.rar
http://rapidshare.com/files/53124746/FaFr.part07.rar
http://rapidshare.com/files/53129845/FaFr.part08.rar
http://rapidshare.com/files/53134964/FaFr.part09.rar
http://rapidshare.com/files/53140276/FaFr.part10.rar
http://rapidshare.com/files/53141682/FaFr.part11.rar

Work: *R.E.M.*
Links to Infringing Images or Files:
http://rapidshare.com/files/53344956/RaEyMo.part1.rar
http://rapidshare.com/files/53348088/RaEyMo.part2.rar
http://rapidshare.com/files/53351300/RaEyMo.part3.rar
http://rapidshare.com/files/53352525/RaEyMo.part4.rar

Work: *Holler*
Links to Infringing Images or Files:
http://rapidshare.com/files/53354949/HAL.part1.rar
http://rapidshare.com/files/53357766/HAL.part2.rar
http://rapidshare.com/files/53361265/HAL.part3.rar
http://rapidshare.com/files/53368520/HAL.part4.rar
http://rapidshare.com/files/53370064/HAL.part5.rar

Work: *Manplay 26: Nailed*
Links to Infringing Images or Files:
http://rapidshare.com/files/53770725/NAMP26.part1.rar
http://rapidshare.com/files/53772967/NAMP26.part2.rar
http://rapidshare.com/files/53775377/NAMP26.part3.rar
http://rapidshare.com/files/53778134/NAMP26.part4.rar
http://rapidshare.com/files/53781065/NAMP26.part5.rar

http://rapidshare.com/files/53783856/NAMP26.part6.rar
http://rapidshare.com/files/53786370/NAMP26.part7.rar
http://rapidshare.com/files/53788616/NAMP26.part8.rar

Work: *Farm Hands*
Links to Infringing Images or Files:
http://rapidshare.com/files/53923916/FaHa.part01.rar
http://rapidshare.com/files/53925607/FaHa.part02.rar
http://rapidshare.com/files/53927177/FaHa.part03.rar
http://rapidshare.com/files/53928853/FaHa.part04.rar
http://rapidshare.com/files/53930480/FaHa.part05.rar
http://rapidshare.com/files/53932231/FaHa.part06.rar
http://rapidshare.com/files/53933966/FaHa.part07.rar
http://rapidshare.com/files/53935639/FaHa.part08.rar
http://rapidshare.com/files/53936149/FaHa.part09.rar

Work: *Drill*
Links to Infringing Images or Files:
http://rapidshare.com/files/52527325/DRILL_split.wmv.html

Work: *Drill*
http://rapidshare.com/files/53451395/Box.rar

Work: *Giant: Part 1and 2*
Links to Infringing Images or Files:
http://rapidshare.com/files/50343261/GPT1.jpg
http://rapidshare.com/files/49221817/JC_GIANT_PT1.avi.001
http://rapidshare.com/files/49231748/JC_GIANT_PT1.avi.002
http://rapidshare.com/files/49239017/JC_GIANT_PT1.avi.003
http://rapidshare.com/files/49328862/JC_GIANT_PT1.avi.004
http://rapidshare.com/files/49334878/JC_GIANT_PT1.avi.005
http://rapidshare.com/files/50358730/GPT2.jpg
http://rapidshare.com/files/50304603/JC_Giant_Pt_2.avi.001
http://rapidshare.com/files/50312789/JC_Giant_Pt_2.avi.002
http://rapidshare.com/files/50320824/JC_Giant_Pt_2.avi.003
http://rapidshare.com/files/50329217/JC_Giant_Pt_2.avi.004
http://rapidshare.com/files/50338317/JC_Giant_Pt_2.avi.005
http://rapidshare.com/files/50347911/JC_Giant_Pt_2.avi.006
http://rapidshare.com/files/50356785/JC_Giant_Pt_2.avi.007

Work: *R.E.M.*
Links to Infringing Images or Files:
http://rapidshare.com/files/53514966/REM.mpg.001
http://rapidshare.com/files/53520888/REM.mpg.002
http://rapidshare.com/files/53527740/REM.mpg.003
http://rapidshare.com/files/53533061/REM.mpg.004

http://rapidshare.com/files/53537815/REM.mpg.005
http://rapidshare.com/files/53542982/REM.mpg.006
http://rapidshare.com/files/53548461/REM.mpg.007
http://rapidshare.com/files/53554863/REM.mpg.008
http://rapidshare.com/files/53560862/REM.mpg.009
http://rapidshare.com/files/53566710/REM.mpg.010
http://rapidshare.com/files/53572848/REM.mpg.011
http://rapidshare.com/files/53578776/REM.mpg.012
http://rapidshare.com/files/53584734/REM.mpg.013

Work: *Alabama Take Down*
Links to Infringing Images or Files:
http://rapidshare.com/users/BJMQZB (folder)
http://rapidshare.com/files/53950891/AT.part01.rar
http://rapidshare.com/files/53952862/AT.part02.rar
http://rapidshare.com/files/53955016/AT.part03.rar
http://rapidshare.com/files/53956902/AT.part04.rar
http://rapidshare.com/files/53959261/AT.part05.rar
http://rapidshare.com/files/53961285/AT.part06.rar
http://rapidshare.com/files/53963207/AT.part07.rar
http://rapidshare.com/files/53965711/AT.part08.rar
http://rapidshare.com/files/53968024/AT.part09.rar
http://rapidshare.com/files/53970340/AT.part10.rar
http://rapidshare.com/files/53972549/AT.part11.rar
http://rapidshare.com/files/53974870/AT.part12.rar
http://rapidshare.com/files/53977229/AT.part13.rar
http://rapidshare.com/files/53979463/AT.part14.rar

Work: *At Large*
Links to Infringing Images or Files:
http://rapidshare.com/files/54320962/AL.avi.001
http://rapidshare.com/files/54324592/AL.avi.002
http://rapidshare.com/files/54327950/AL.avi.003
http://rapidshare.com/files/54331269/AL.avi.004
http://rapidshare.com/files/54317202/AL.avi.005

Work: *Carny*
Links to Infringing Images or Files:
http://rapidshare.com/users/FXJOO1 (folder)
http://rapidshare.com/files/23276034/Carny.wmv.001
http://rapidshare.com/files/23282228/Carny.wmv.002
http://rapidshare.com/files/23287694/Carny.wmv.003
http://rapidshare.com/files/23293659/Carny.wmv.004
http://rapidshare.com/files/23301381/Carny.wmv.005
http://rapidshare.com/files/23309971/Carny.wmv.006
http://rapidshare.com/files/23318941/Carny.wmv.007

http://rapidshare.com/files/23328803/Carny.wmv.008
http://rapidshare.com/files/23378767/Carny.wmv.009

Work: *The List*
Links to Infringing Images or Files:
http://rapidshare.com/files/54875700/46up9e6n.part01.rar
http://rapidshare.com/files/54880209/46up9e6n.part02.rar
http://rapidshare.com/files/54885081/46up9e6n.part03.rar
http://rapidshare.com/files/54890151/46up9e6n.part04.rar
http://rapidshare.com/files/54895320/46up9e6n.part05.rar
http://rapidshare.com/files/54900300/46up9e6n.part06.rar
http://rapidshare.com/files/54910067/46up9e6n.part07.rar
http://rapidshare.com/files/54961687/46up9e6n.part08.rar
http://rapidshare.com/files/54968940/46up9e6n.part09.rar
http://rapidshare.com/files/54954826/46up9e6n.part10.rar
http://rapidshare.com/files/54871389/46up9e6n.part11.rar

Work: *Naked Escape*
Links to Infringing Images or Files:
http://rapidshare.com/files/55014909/BareassRunaway.part01.rar
http://rapidshare.com/files/55018943/BareassRunaway.part02.rar
http://rapidshare.com/files/55022926/BareassRunaway.part03.rar
http://rapidshare.com/files/55026778/BareassRunaway.part04.rar
http://rapidshare.com/files/55032214/BareassRunaway.part05.rar
http://rapidshare.com/files/55035808/BareassRunaway.part06.rar
http://rapidshare.com/files/55047209/BareassRunaway.part07.rar
http://rapidshare.com/files/55049791/BareassRunaway.part08.rar
http://rapidshare.com/files/55052585/BareassRunaway.part09.rar
http://rapidshare.com/files/55052610/BareassRunaway_thumb.jpg

Work: *Spy Quest 3*
Links to Infringing Images or Files:
http://rapidshare.com/users/OH5LND (folder)
http://rapidshare.com/files/47161466/SQ3_Cover.jpg
http://rapidshare.com/files/47095061/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.001
http://rapidshare.com/files/47101305/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.002
http://rapidshare.com/files/47107035/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.003
http://rapidshare.com/files/47112235/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.004
http://rapidshare.com/files/47119634/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.005
http://rapidshare.com/files/47127536/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.006
http://rapidshare.com/files/47138060/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.007
http://rapidshare.com/files/47144423/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.008
http://rapidshare.com/files/47149801/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.009
http://rapidshare.com/files/47161570/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.010
http://rapidshare.com/files/47166807/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.011
http://rapidshare.com/files/47173640/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.012

http://rapidshare.com/files/47180858/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.013
http://rapidshare.com/files/47188500/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.014
http://rapidshare.com/files/47194134/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.015
http://rapidshare.com/files/47199497/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.016
http://rapidshare.com/files/47206156/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.017
http://rapidshare.com/files/47209711/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.018
http://rapidshare.com/files/47213767/Titan_-_SpyQuest__3_-_3.47.56h_-_XviD.avi.019
http://rapidshare.com/files/47218149/Titian_Stills.rar.001
http://rapidshare.com/files/47219792/Titian_Stills.rar.002

Work: *Manhattan Sex Party I*
Links to Infringing Images or Files:
http://rapidshare.com/files/56061664/manhattan_sex_party_1.mpg.001
http://rapidshare.com/files/56065225/manhattan_sex_party_1.mpg.002
http://rapidshare.com/files/56069122/manhattan_sex_party_1.mpg.003
http://rapidshare.com/files/56073715/manhattan_sex_party_1.mpg.004
http://rapidshare.com/files/56078732/manhattan_sex_party_1.mpg.005
http://rapidshare.com/files/56083410/manhattan_sex_party_1.mpg.006
http://rapidshare.com/files/56088346/manhattan_sex_party_1.mpg.007
http://rapidshare.com/files/56093776/manhattan_sex_party_1.mpg.008
http://rapidshare.com/files/56098693/manhattan_sex_party_1.mpg.009
http://rapidshare.com/files/56103870/manhattan_sex_party_1.mpg.010
http://rapidshare.com/files/56109541/manhattan_sex_party_1.mpg.011
http://rapidshare.com/files/56114863/manhattan_sex_party_1.mpg.012
http://rapidshare.com/files/56120439/manhattan_sex_party_1.mpg.013
http://rapidshare.com/files/56125586/manhattan_sex_party_1.mpg.014
http://rapidshare.com/files/56131149/manhattan_sex_party_1.mpg.015
http://rapidshare.com/files/56135335/manhattan_sex_party_1.mpg.016

Work: *Packers*
Links to Infringing Images or Files:
http://rapidshare.com/files/22435520/PJ_A.avi.001
http://rapidshare.com/files/22443978/PJ_A.avi.002
http://rapidshare.com/files/22445945/PJ_A.avi.003

Work: *Folsom Filth*
Links to Infringing Images or Files:
http://rapidshare.com/users/5LMKVB (folder)
http://rapidshare.com/files/56795095/FF.AVI.001
http://rapidshare.com/files/56801530/FF.AVI.002
http://rapidshare.com/files/56807898/FF.AVI.003
http://rapidshare.com/files/56814190/FF.AVI.004
http://rapidshare.com/files/56821176/FF.AVI.005
http://rapidshare.com/files/56829423/FF.AVI.006
http://rapidshare.com/files/56836000/FF.AVI.007
http://rapidshare.com/files/56850113/FF.AVI.009

http://rapidshare.com/files/56858184/FF.AVI.010
http://rapidshare.com/files/56843577/FF.AVI.010
http://rapidshare.com/files/56864656/FF.AVI.011
http://rapidshare.com/files/56870806/FF.AVI.012
http://rapidshare.com/files/56876908/FF.AVI.013
http://rapidshare.com/files/56882514/FF.AVI.014
http://rapidshare.com/files/56888092/FF.AVI.015
http://rapidshare.com/files/56893110/FF.AVI.016
http://rapidshare.com/files/56897838/FF.AVI.017
http://rapidshare.com/files/56901934/FF.AVI.018
http://rapidshare.com/files/56906048/FF.AVI.019
http://rapidshare.com/files/56913793/FF.AVI.020
http://rapidshare.com/files/56917434/FF.AVI.021
http://rapidshare.com/files/56921245/FF.AVI.022
http://rapidshare.com/files/56924969/FF.AVI.023
http://rapidshare.com/files/56928767/FF.AVI.024
http://rapidshare.com/files/56933025/FF.AVI.025
http://rapidshare.com/files/56939246/FF.AVI.026
http://rapidshare.com/files/56945448/FF.AVI.027
http://rapidshare.com/files/56950980/FF.AVI.028
http://rapidshare.com/files/56956315/FF.AVI.029
http://rapidshare.com/files/56961897/FF.AVI.030
http://rapidshare.com/files/56967644/FF.AVI.031
http://rapidshare.com/files/56973498/FF.AVI.032
http://rapidshare.com/files/56979049/FF.AVI.033
http://rapidshare.com/files/56983796/FF.AVI.034
http://rapidshare.com/files/56983812/FF.jpg

Work: *Copshack 2: Crossing the Line*
Links to Infringing Images or Files:
http://rapidshare.com/users/WS7QRF (folder)
http://rapidshare.com/files/56728200/Crossing_The_Line_-_CS2.avi.001
http://rapidshare.com/files/56734678/Crossing_The_Line_-_CS2.avi.002
http://rapidshare.com/files/56740363/Crossing_The_Line_-_CS2.avi.003
http://rapidshare.com/files/56747519/Crossing_The_Line_-_CS2.avi.004
http://rapidshare.com/files/56754838/Crossing_The_Line_-_CS2.avi.005
http://rapidshare.com/files/56762778/Crossing_The_Line_-_CS2.avi.006
http://rapidshare.com/files/56770647/Crossing_The_Line_-_CS2.avi.007
http://rapidshare.com/files/56778853/Crossing_The_Line_-_CS2.avi.008
http://rapidshare.com/files/56785805/Crossing_The_Line_-_CS2.avi.009
http://rapidshare.com/files/56788400/Crossing_The_Line_-_CS2.avi.010
http://rapidshare.com/files/56788421/Crossing_The_Line_-_CS2.jpg

Work: *Tag Team*
Links to Infringing Images or Files:
http://rapidshare.com/files/56887537/team_rassling-1.avi.001

http://rapidshare.com/files/56893570/team_rassling-1.avi.002
http://rapidshare.com/files/56816632/team_rassling-2.avi.001
http://rapidshare.com/files/56827111/team_rassling-2.avi.002
http://rapidshare.com/files/56838363/team_rassling-2.avi.003
http://rapidshare.com/files/56847539/team_rassling-3.avi.001
http://rapidshare.com/files/56856960/team_rassling-3.avi.002
http://rapidshare.com/files/56865351/team_rassling-4.avi.001
http://rapidshare.com/files/56873246/team_rassling-4.avi.002
http://rapidshare.com/files/56881002/team_rassling-4.avi.003

Work: *Horse: Fallen Angel V*
Links to Infringing Images or Files:
http://rapidshare.com/users/545WH9 (folder)
http://rapidshare.com/files/58029507/Titan_-_Fallen_Angel_5_Horse_Disk_1.part01.rar
http://rapidshare.com/files/58031672/Titan_-_Fallen_Angel_5_Horse_Disk_1.part02.rar
http://rapidshare.com/files/58036569/Titan_-_Fallen_Angel_5_Horse_Disk_1.part03.rar
http://rapidshare.com/files/58038591/Titan_-_Fallen_Angel_5_Horse_Disk_1.part04.rar
http://rapidshare.com/files/58040801/Titan_-_Fallen_Angel_5_Horse_Disk_1.part05.rar
http://rapidshare.com/files/58042954/Titan_-_Fallen_Angel_5_Horse_Disk_1.part06.rar
http://rapidshare.com/files/58044815/Titan_-_Fallen_Angel_5_Horse_Disk_1.part07.rar
http://rapidshare.com/files/58046602/Titan_-_Fallen_Angel_5_Horse_Disk_1.part08.rar
http://rapidshare.com/files/58048344/Titan_-_Fallen_Angel_5_Horse_Disk_1.part09.rar
http://rapidshare.com/files/58049982/Titan_-_Fallen_Angel_5_Horse_Disk_1.part10.rar
http://rapidshare.com/files/58051649/Titan_-_Fallen_Angel_5_Horse_Disk_1.part11.rar
http://rapidshare.com/files/58053394/Titan_-_Fallen_Angel_5_Horse_Disk_1.part12.rar
http://rapidshare.com/files/58055285/Titan_-_Fallen_Angel_5_Horse_Disk_1.part13.rar
http://rapidshare.com/files/58057029/Titan_-_Fallen_Angel_5_Horse_Disk_1.part14.rar
http://rapidshare.com/users/KSW35G (folder)
http://rapidshare.com/files/58070233/Titan_-_Fallen_Angel_5_Horse_Disk_2.part01.rar
http://rapidshare.com/files/58071514/Titan_-_Fallen_Angel_5_Horse_Disk_2.part02.rar
http://rapidshare.com/files/58073037/Titan_-_Fallen_Angel_5_Horse_Disk_2.part03.rar
http://rapidshare.com/files/58074526/Titan_-_Fallen_Angel_5_Horse_Disk_2.part04.rar
http://rapidshare.com/files/58075996/Titan_-_Fallen_Angel_5_Horse_Disk_2.part05.rar
http://rapidshare.com/files/58077302/Titan_-_Fallen_Angel_5_Horse_Disk_2.part06.rar
http://rapidshare.com/files/58078858/Titan_-_Fallen_Angel_5_Horse_Disk_2.part07.rar
http://rapidshare.com/files/58080313/Titan_-_Fallen_Angel_5_Horse_Disk_2.part08.rar
http://rapidshare.com/files/58081710/Titan_-_Fallen_Angel_5_Horse_Disk_2.part09.rar
http://rapidshare.com/files/58083438/Titan_-_Fallen_Angel_5_Horse_Disk_2.part10.rar
http://rapidshare.com/files/58085050/Titan_-_Fallen_Angel_5_Horse_Disk_2.part11.rar
http://rapidshare.com/files/58086739/Titan_-_Fallen_Angel_5_Horse_Disk_2.part12.rar
http://rapidshare.com/files/58087031/Titan_-_Fallen_Angel_5_Horse_Disk_2.part13.rar
http://rapidshare.com/users/DZU5UT (folder)
http://rapidshare.com/files/58219718/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part01.rar
http://rapidshare.com/files/58222364/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part02.rar
http://rapidshare.com/files/58225258/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part03.rar
http://rapidshare.com/files/58228271/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part04.rar

http://rapidshare.com/files/58231497/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part05.rar
http://rapidshare.com/files/58234637/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part06.rar
http://rapidshare.com/files/58237498/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part07.rar
http://rapidshare.com/files/58240435/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part08.rar
http://rapidshare.com/files/58243116/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part09.rar
http://rapidshare.com/files/58245900/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part10.rar
http://rapidshare.com/files/58248466/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part11.rar
http://rapidshare.com/files/58250968/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part12.rar
http://rapidshare.com/files/58253691/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part13.rar
http://rapidshare.com/files/58256613/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part14.rar
http://rapidshare.com/files/58258901/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part15.rar
http://rapidshare.com/files/58260857/Titan_-_Seamen_Fallen_Angel_4_Disk_1.part16.rar
http://rapidshare.com/users/7P9WIQ (folder)
http://rapidshare.com/files/58283810/tommy_s_trouble_disk.part01.rar
http://rapidshare.com/files/58285391/tommy_s_trouble_disk.part02.rar
http://rapidshare.com/files/58287083/tommy_s_trouble_disk.part03.rar
http://rapidshare.com/files/58288668/tommy_s_trouble_disk.part04.rar
http://rapidshare.com/files/58290086/tommy_s_trouble_disk.part05.rar
http://rapidshare.com/files/58291596/tommy_s_trouble_disk.part06.rar
http://rapidshare.com/files/58293114/tommy_s_trouble_disk.part07.rar
http://rapidshare.com/files/58294593/tommy_s_trouble_disk.part08.rar
http://rapidshare.com/files/58296022/tommy_s_trouble_disk.part09.rar
http://rapidshare.com/files/58297377/tommy_s_trouble_disk.part10.rar
http://rapidshare.com/files/58298891/tommy_s_trouble_disk.part11.rar
http://rapidshare.com/files/58300624/tommy_s_trouble_disk.part12.rar
http://rapidshare.com/files/58302159/tommy_s_trouble_disk.part13.rar
http://rapidshare.com/files/58303571/tommy_s_trouble_disk.part14.rar
http://rapidshare.com/files/58304881/tommy_s_trouble_disk.part15.rar
http://rapidshare.com/files/58305050/tommy_s_trouble_disk.part16.rar
http://rapidshare.com/users/VW4XWM (folder)
http://rapidshare.com/files/58471140/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part1.rar
http://rapidshare.com/files/58473947/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part2.rar
http://rapidshare.com/files/58476725/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part3.rar
http://rapidshare.com/files/58479065/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part4.rar
http://rapidshare.com/files/58481485/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part5.rar
http://rapidshare.com/files/58483827/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part6.rar
http://rapidshare.com/files/58486703/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part7.rar
http://rapidshare.com/files/58487355/Look_who_s_falling_for_the_fourth_time_-_Disk_3.part8.rar

Work: *Shacked Up*
Links to Infringing Images or Files:
http://rapidshare.com/files/58066896/shack_dj.avi.001
http://rapidshare.com/files/58069310/shack_dj.avi.002
http://rapidshare.com/files/58021941/shack_dj.avi.003

Work: *Rx*
Links to Infringing Images or Files:
http://rapidshare.com/files/57533149/arrrx.wmv.001
http://rapidshare.com/files/57533151/arrrx.wmv.002
http://rapidshare.com/files/57533153/arrrx.wmv.003
http://rapidshare.com/files/57540283/arrrx.wmv.004
http://rapidshare.com/files/57540285/arrrx.wmv.005
http://rapidshare.com/files/57540286/arrrx.wmv.006
http://rapidshare.com/files/57547423/arrrx.wmv.007
http://rapidshare.com/files/57547425/arrrx.wmv.008
http://rapidshare.com/files/57547428/arrrx.wmv.009
http://rapidshare.com/files/57548470/arrrx.wmv.010
http://rapidshare.com/files/57547429/arrx.jpg

Work: *Desert Train*
Links to Infringing Images or Files:
http://rapidshare.com/files/42363401/DesertTrain_1h24min_808MB.avi.001
http://rapidshare.com/files/42365133/DesertTrain_1h24min_808MB.avi.002
http://rapidshare.com/files/42365198/DesertTrain_1h24min_808MB.avi.003
http://rapidshare.com/files/42374588/DesertTrain_1h24min_808MB.avi.004
http://rapidshare.com/files/42374751/DesertTrain_1h24min_808MB.avi.005
http://rapidshare.com/files/42401409/DesertTrain_1h24min_808MB.avi.006
http://rapidshare.com/files/42416506/DesertTrain_1h24min_808MB.avi.007
http://rapidshare.com/files/42420311/DesertTrain_1h24min_808MB.avi.008
http://rapidshare.com/files/42419172/DesertTrain_1h24min_808MB.avi.009

Work: *Campus Pizza*
Links to Infringing Images or Files:
http://rapidshare.com/files/58075944/TM-CP-AVI.avi.001
http://rapidshare.com/files/58077536/TM-CP-AVI.avi.002
http://rapidshare.com/files/58079238/TM-CP-AVI.avi.003
http://rapidshare.com/files/58080974/TM-CP-AVI.avi.004
http://rapidshare.com/files/58082663/TM-CP-AVI.avi.005
http://rapidshare.com/files/58084674/TM-CP-AVI.avi.006
http://rapidshare.com/files/58086534/TM-CP-AVI.avi.007
http://rapidshare.com/files/58088381/TM-CP-AVI.avi.008
http://rapidshare.com/files/58090447/TM-CP-AVI.avi.009

69 CONVERSE ST., SAN FRANCISCO, CA 94103 VOICE: 415.487.1211 X:32 FAX: 415.252.7747
E-MAIL: LEGAL@TITANMEDIA.COM

Work: *Laid Up*
Links to Infringing Images or Files:
http://rapidshare.com/files/58596636/laid_up.wmv.001
http://rapidshare.com/files/58707677/laid_up.wmv.002
http://rapidshare.com/files/58707677/laid_up.wmv.003
http://rapidshare.com/files/58707677/laid_up.wmv.004
http://rapidshare.com/files/58707677/laid_up.wmv.005
http://rapidshare.com/files/58707677/laid_up.wmv.006
http://rapidshare.com/files/58707677/laid_up.wmv.007
http://rapidshare.com/files/58707677/laid_up.wmv.008
http://rapidshare.com/files/58707677/laid_up.wmv.009
http://rapidshare.com/files/58707677/laid_up.wmv.010
http://rapidshare.com/files/58707677/laid_up.wmv.011