# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC. d/b/a TITAN MEDIA, a
California Corporation

V.

GILBERT MICHAEL GONZALES, an individual;
and DOES 1-21, individuals

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 5026 MHP

TO: (Name and address of defendant)

GILBERT MICHAEL GONZALES
66640 Granada Avenue
Desert Hot Springs, CA 61867

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GILL SPERLEIN
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, CA 94114

415-378-2625
legal@titanmedia.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

SEP 2 8 2007
DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
GILL SPERLEIN (SBN 172887)
LAW OFFICES OF GILL SPERLEIN
584 Castro Street, Suite 848
San Francisco, CA 94114
Telephone: (415) 378-2625

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC. etc., et al.

        Plaintiff,

V.

GILBERT MICHAEL GONZALES etc., et al.

        Defendant.

CASE NUMBER
C 07 5026 MHP

**DECLARATION OF SERVICE**

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; CORRESPONDENCE DATED SEPTEMBER 28, 2007

in the within action by personally delivering true copies thereof to the person served as follows:

    Served : GILBERT MICHAEL GONZALES

    By serving : Gilbert Michael Gonzales, Personally

    Address : (Home)
                66640 Granada Ave.
                Desert Hot Springs, CA 61867

    Date of Service : October 1, 2007

    Time of Service : 7:10 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: October 2, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Riverside County
Number 898

222990

Signature: _____
JASON BIERI-CHALMERS

ORIGINAL