GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO. C-07-5026 (MHP) |
| Plaintiff, | **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT** |
| vs. | |
| GILBERT MICHAEL GONZALES, an individual; and DOES 1-21, individuals, | |
| Defendants. | |

I, GILL SPERLEIN, declare:

1. I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.
2. I caused Defendant GILBERT MICHAEL GONZALES to be served with a copy of the Summons and Complaint in the above captioned matter by personal service at his home.
3. Service was completed October 1, 2007.
4. Defendant's responsive pleading became due on October 21, 2007.

///

///

-1-

5. Defendant has not filed an answer or other responsive pleading.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *December 14, 2007*

*/s/ Gill Sperlein*
GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.
Attorney for Plaintiff Io, Group, Inc.

# CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United Parcel Service and correspondence is deposited with United Parcel Service that same day in the ordinary course of business. Today I served the attached:

- **REQUEST TO ENTER DEFAULT AS TO DEFENDANT GILBERT MICHAEL GONZALES; and**
- **DECLARATION OF GILL SPERLEIN IN SUPPORT OF REQUEST TO ENTER DEFAULT;**

by causing a true and correct copy of the above to be placed in United Parcel Service at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

Gilbert Michael Gonzales
66640 Granada Avenue
Desert Hot Springs, CA  61867

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 14, 2007.

/s/ Steve Azbell
Steve Azbell

I hereby attest that this is the declaration of Steve Azbell and the original with Steve Azbell's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party. Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *December 14, 2007*           /s/ Gill Sperlein
GILL SPERLEIN,
Counsel for Plaintiff Io Group, Inc.

-1-