AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

IO GROUP, INC, Plaintiff

V.

GILBERT MICHAEL GONZALES and DOES 1-21, Defendants,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-07-5026 (MHP)

Northern District of California

TO: Time Warner Cable
290 Harvard Drive
Stamford, CT 06902   fax 203.328.0688

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1. Documents sufficient to identify the name, address and e-mail address of the Road Runner subscriber assigned the ip address 66.91.201.58 on 9/12/07 at 9:12 PDT. Documents sufficient to identify the name, address and e-mail address of the Road Runner subscriber assigned the ip address 24.165.148.225 on 9/26/07 at 12:51 PDT.

| PLACE   Gill Sperlein, Io Group, Inc., 69 Converse Street, San Francisco, CA 94103 legal@titanmedia.com, facsimile 415.252.7747 | DATE AND TIME 12/28/2007 5:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* ATTNY FOR PLAINTIFF | DATE 12.6.07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Gill Sperlein, Attorney for Plaintiff Io Group, Inc. 69 Converse Street, San Francsico, CA 94103 (p) 415-487-1211 X32

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.