## Gill Sperlein

**From:** Goldberg, Craig [craig.goldberg@twcable.com]
**Sent:** Tuesday, December 11, 2007 2:43 PM
**To:** Gill Sperlein
**Subject:** RE: Io Group v. Gonzales - subpoenas

Dear Mr. Sperlein,

The high-speed data service that we provide uses a cable modem and the facilities that we also use to provide cable television service.

Cable customers have unique privacy rights under the federal cable privacy statute, 47 U.S.C. 551. To the extent these rights also apply to our high-speed data service, we can only disclose identifying customer information if it falls within one of the enumerated exceptions in section (c) of the statute. The exception that applies to third-party civil actions is subsection (c)(2)(B), which requires a court order before disclosure.

Please accept this and our earlier letter as our objections to the subpoena that was served on us as we believe Congress expressed the clear requirement of a court order and, as demonstrated in the federal Electronic Communications Privacy Act, 18 U.S.C. 2703, it understood that subpoenas are legal process that are distinct from a court order. We further do not think a court order directed to the parties allowing for expedited discovery is the type of court order directed at a third-party cable operator that Congress envisioned.

We appreciate that the cable privacy statute is unique and that it imposes heightened responsibilities on parties seeking information in a civil matter. We also understand that this dispute is ultimately between your client and our customer. If a court order is issued, we request that we be allowed 14 days from notice to us before we need to respond so that we can provide notice to the real party in interest.

Please let us know what happens.

Very truly yours,

Craig


Craig Goldberg
Chief Privacy Officer and Assistant Chief Counsel, Litigation
Time Warner Cable
290 Harbor Drive
Stamford, CT 06902
203-328-0664

---

**From:** Gill Sperlein [mailto:legal@titanmedia.com]
**Sent:** Tuesday, December 11, 2007 12:53 PM
**To:** Goldberg, Craig
**Cc:** Keith Webb
**Subject:** Io Group v. Gonzales - subpoenas

Craig - please see the attached letter in PDF format which I also faxed to your office.

Thanks.

Gill

GILL SPERLEIN

GENERAL COUNSEL, TITAN MEDIA

**IMPORTANT NOTICE**: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message.  This message is intended only for the individual or individuals to whom it is directed.  If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may violate the legal rights of the sender or others. No confidentiality or privilege is waived or lost by any misdirection of this message.  If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies and notify the sender by return e-mail or by telephoning 415-487-1211 X32.

```
This E-mail and any of its attachments may contain Time Warner
Cable proprietary information, which is privileged, confidential,
or subject to copyright belonging to Time Warner Cable. This E-mail
is intended solely for the use of the individual or entity to which
it is addressed. If you are not the intended recipient of this
E-mail, you are hereby notified that any dissemination,
distribution, copying, or action taken in relation to the contents
of and attachments to this E-mail is strictly prohibited and may be
unlawful. If you have received this E-mail in error, please notify
the sender immediately and permanently delete the original and any
copy of this E-mail and any printout.
```

12/14/2007