UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s),

CASE NO.

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐  have not yet reached an agreement to an ADR process
☐  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

Name                Party Representing          Phone No.           E-Mail Address

_____

_____

_____

_____

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                              _____
                                               Attorney for Plaintiff

Dated:_____                              _____
                                               Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**CERTIFICATE OF SERVICE**

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United States Postal Service and correspondence is deposited with United States Postal Service that same day in the ordinary course of business. Today I served the attached:

- **ADR CERTIFICATION BY PARTIES AND COUNSEL**
- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

by causing a true and correct copy of the above to be placed in United States Postal Service at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

Gilbert Michael Gonzales
66640 Granada Avenue
Desert Hot Springs, CA  61867


And by e-mail to:
ADR Unit
ADR@cand.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 17, 2007.

                                                                */s/ Steve Azbell*
                                                               Steve Azbell

I hereby attest that this is the declaration of Steve Azbell and the original with Steve Azbell's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party. Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *December 17, 2007*　　　　　　　　　　*/s/ Gill Sperlein*
                                                                 GILL SPERLEIN,
                                                                 Counsel for Plaintiff Io Group, Inc.