UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                Plaintiff(s),                Case No.

                                    ADR CERTIFICATION BY PARTIES
                                    AND COUNSEL

   v.

                Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____                                                            _____
                                                                                     [Party]


Dated: _____                                                           _____
                                                                                     [Counsel]


> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

**CERTIFICATE OF SERVICE**

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United States Postal Service and correspondence is deposited with United States Postal Service that same day in the ordinary course of business. Today I served the attached:

- **ADR CERTIFICATION BY PARTIES AND COUNSEL**
- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

by causing a true and correct copy of the above to be placed in United States Postal Service at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

Gilbert Michael Gonzales
66640 Granada Avenue
Desert Hot Springs, CA  61867

And by e-mail to:
ADR Unit
ADR@cand.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 17, 2007.

/s/ Steve Azbell
Steve Azbell

I hereby attest that this is the declaration of Steve Azbell and the original with Steve Azbell's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party. Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *December 17, 2007*        /*s/ Gill Sperlein*
                                                             GILL SPERLEIN,
                                                             Counsel for Plaintiff Io Group, Inc.