**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 3, 2008

RE:  CV 07-05026 MHP        IO GROUP INC.-v- GILBERT M. GONZALES

Default is entered as to **Defendant Gilbert Michael Gonzales** on **January 3, 2008**.


RICHARD W. WIEKING, Clerk

*Gina Agustine*
by Gina Agustine
Case Systems Administrator

NDC TR-4  Rev. 3/89