**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 7, 2008

Case No.   C 07-5026  MHP            Judge: MARILYN H. PATEL

Title: IO GROUP d/b/a TITAN MEDIA -v- GILBERT M GONZALES et al

Attorneys:  Plf: Gill Sperlein
            Dft: No Appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Default entered on named defendant Gonzales; Amended complaint to be filed by 2/15/2008;

A further status conference set for 4/7/2008 at 3:00 pm, with a joint status report to be filed one week prior, with possible motion for default judgment to be heard at the same time.