GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | **CASE NO.: 07-5026 (MHP)** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DOE DEFENDANTS 6, 7, 9, 10, 11, 16, 17, and 19** |
| vs. | |
| GILBERT MICHAEL GONZALES, an individual; and DOES 1-21, individuals, | |
| Defendants. | |

Plaintiff IO GROUP, INC. dismisses Doe Defendants 6, 7, 9, 10, 11, 16, 17, and 19 from this action without prejudice.

Dated: *January 23, 2008*                    Respectfully submitted,

                                              */S/ Gill Sperlein*

                                              GILL SPERLEIN
                                              Attorney for Plaintiff IO GROUP, INC.

-1-
NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS
WITHOUT PREJUDICE
C-07-5026 (MHP)