GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT MICHAEL GONZALES, an individual; and DOES 1-21, individuals,<br><br>Defendants. | **CASE NO.: 07-5026 (MHP)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DOE DEFENDANTS 1, 2, 3, 4, 5, 8, 12, 14, 15, 18, and 20** |

Plaintiff IO GROUP, INC. dismisses Doe Defendants 1, 2, 3, 4, 5, 8, 12, 14, 15, 18, and 20 from this action with prejudice.

Dated: *January 23, 2008*              Respectfully submitted,

                                       */S/ Gill Sperlein*

                                       GILL SPERLEIN
                                       Attorney for Plaintiff IO GROUP, INC.

-1-
NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS
WITH PREJUDICE
C-07-5026 (MHP)