

I'm thinking, "Probably Not..." - but that doesn't mean I will become lax about it...

In case you didn't solve my very EASY rebus clue, the title of this vid from the Evil Empire is called:

B@rnst0rm... Enjoy Boys!

rs 1

rs 2

rs 3

rs 4

rs 5

rs 6

rs 7

rs 8

rs 9

rs 10

20 Comments