GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | **CASE NO.: 07-5026 (MHP)** |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS RICH SERRANO AND MANLEY KINGSTON** |
| GILBERT MICHAEL GONZALES, an individual; RICH SERRANO, an individual, and MANLEY KINGSTON an individual, | |
| Defendants. | |

Plaintiff IO GROUP, INC. dismisses Defendant Rich Serrano and Defendant Manley Kingston from this action without prejudice.

Dated: *February 12, 2008*             Respectfully submitted,

                        */S/ Gill Sperlein*

                        GILL SPERLEIN
                        Attorney for Plaintiff IO GROUP, INC.

**CERTIFICATE OF SERVICE**

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business. Today I served the attached:

- **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS RICH SERRANO AND MANLEY KINGSTON**

by causing a true and correct copy of the above to be placed with the United States Postal Service at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

Gilbert Michael Gonzales  
66640 Granada Avenue  
Desert Hot Springs, CA  61867

Rich Serrano  
1449 E. Highland Ave., Unit 33  
Phoenix, AZ  85041

Ronald Kingston  
4189 Lake Road East  
Geneva, OH  44041-9483

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 12, 2008.

/s/ Eric Burford  
Eric Burford

I hereby attest that this is the declaration of Eric Burford and the original with Eric Burford's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party.  Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *February 12, 2008*

/s/ Gill Sperlein  
GILL SPERLEIN,  
Counsel for Plaintiff Io Group, Inc.