

**HelpSearchMembersCalendar**

**Welcome Guest** ( Log In | Register )

▷ **Invision Power Board** > Viewing Profile

## Viewing Profile: MikeyG

### MikeyG



**Advanced Member**
▪▪▪

Member Group: Members
Joined: 9-February 07

**Profile Options**
Add to contact list
Find member's posts
Find member's topics



| Active Stats | |
|---|---|
| User's local time | Apr 19 2007, 11:00 AM |
| Total Cumulative Posts | 95<br>( 1.4 posts per day / 0.32% of total forum posts ) |
| Most active in | **Hunks and Jocks**<br>( 63 posts / 66% of this member's active posts ) |
| Last Active | Today, 05:37 PM |
| Status | OFF (Offline) |

| Communicate | |
|---|---|
| | No Information |
| | No Information |
| | No Information |
| | No Information |
| | Send a Personal Message |
| | *Private* |

| Information | |
|---|---|
| Home Page | *No Information* |
| Birthday | 18 November 1964 |
| Location | Desert Hot Springs |
| Interests | *No Information* |

| Additional Information |
|---|
| *No Information* |