**Membership Management**

account info | addresses | payment history

Find a member
>
search by name, email, or username

### Account Tools

- Member Directory
- Create New Account
- TitanMen of the Month
- Member Account Login on titanmen.com
- Database Help

### Merchant Processing

- USAePay
  - Find Recurring
  - All Recurring
  - Errors and Declines
- Archived
  - Old PlugNPay
  - Old Authorize.net

### Reports and Lists

- Settlement Report
- Affiliate Reports
- Custom Reports

## Member Account - Gilbert Michael Gonzales

**Primary Account Info**

Email: gillygonza@roadrunner.com
Mailinglist: yes
First Middle: Gilbert Michael
Last: Gonzales
AfId:
AffWiz Id:
Memb. %:
Store %:

**Website Login**

Username: gillygonza@roadrunner.com
Password: vomusivu
Status: open
Support Responses: Logins
Send
Birth Date: m/d/yyyy 11/18/1964
IP Address: 75.85.209.234

Comments - administrative use only

User ID: 61867 Created: 11/14/2006 by Newsletter TitanMen Updated: 9/2/2007 by Website TitanMen.com

save changes

**Login Areas**

On-Demand | Previews | Admin

insert new invoice

**TitanMen One Week All-Access Pass** **Invoice: 38965**

TitanMen One Week All-Access Pass - 19.95 | - coupon - | cancel rebilling | delete invoice

Obsolete billing plans are indicated in gray.

Start Date: 9/1/2007 2:26:38 PM
End Date: 9/8/2007 2:26:08 PM
Status: non-recurring
Subscription Id:
save changes

Comments - administrative use only

**Account Id:** 126779 **Created:** 9/1/2007 by Website TitanMen.com **Updated:** 9/2/2007 by Website TitanMen.com
**Affiliate Referral:** **USAePay -** view transactions add subscription find subscription quick sale

**TitanMen One Week All-Access Pass - Closed** **Invoice: 31118**
**Period:** 3/2/2007 12:44:42 AM to 3/9/2007 12:43:42 AM re-open invoice
**Account Id:** 102431 **Created:** 3/2/2007 by Website TitanMen.com **Updated:** 3/9/2007 by Website TitanMen.com
**Affiliate Referral:** **USAePay -** view transactions

delete membership

Caution: Deleting a membership account will permanently remove all references to this user from the database including logins, payment history, and all known addresses. Please use this tool with caution.



Wed September 5, 2007     13:41:28 PST     Support | USAePay | LogOut



**IO Group (Titan Media 2)**     User: iogroup

Home | vTerminal | Quick Sale | Recurring Billing | Batches | Reports | Search | Settings | Fraud Center

## Transaction Details    IO Group (Titan Media 2)

### Transaction Result

| | |
|---|---|
| **Transaction ID:** | 32673722 |
| **Type:** | Sale |
| **Status:** | Settled |
| **Batch:** | 563 |
| **Auth Code:** | 089433 |
| **Avs Result:** | Address: Match & 5 Digit Zip: Match |
| **CVV2 Result:** | Match |

### Mastercard Secure Code Authentication

| | |
|---|---|
| **CAVV:** | - Not Sent - |
| **ECI:** | - Not Sent - |
| **Validated:** | - CAVV Not Sent - |

### Transaction Info

| | |
|---|---|
| **Order ID:** | |
| **Date:** | 03/02/2007 |
| **Time:** | 00:44 PST |
| **Invoice:** | 31118 |
| **PO #:** | 31118 |
| **Description:** | TitanMen One Week All-Access Pass |
| **Amount:** | 14.95 |
| **Tax:** | 0.00 |
| **Cardholder:** | Gilbert Michael Gonzales |
| **Data Source:** | Card Not Present, Manually Keyed |
| **Cardnumber:** | xxxxxxxxxxxx9011 (Master) 🔒 |
| **Expiration:** | xxxx 🔒 |
| **AVS Street:** | 66640 Granada Avenue |
| **AVS Zip:** | 92240 |
| **User:** | auto |
| **Source:** | Primary Transaction Key |
| **Server IP:** | 129.250.133.34 🇺🇸 |
| **Client IP:** | 75.80.235.6 🇺🇸 |

### Billing Address

| | |
|---|---|
| **Customer ID:** | 61867 |
| **First Name:** | Gilbert Michael |



**Quick Credit**
Amount: 14.95 [Credit]
Description:



**Quick Sale**
Amount: 14.95 [Sale]
Description:



Create as Billing Customer

| | |
|---|---|
| **Last Name:** | Gonzales |
| **Company:** | |
| **Street:** | 66640 Granada Avenue |
| **Street 2:** | |
| **City:** | Desert Hot Springs |
| **State:** | CA |
| **Zip:** | 92240 |
| **Country:** | US |
| **Phone:** | 760-251-1577 |
| **Email:** | gillygonza@roadrunner.com |

**Shipping Address**

| | |
|---|---|
| **First Name:** | |
| **Last Name:** | |
| **Company:** | |
| **Street:** | |
| **Street 2:** | |
| **City:** | |
| **State:** | |
| **Zip:** | |
| **Country:** | |
| **Phone:** | |

Okay

Email Support | Privacy Policy | License



Powered By USA ePay

Case 3:07-cv-05026-MHP     Document 28-4     Filed 02/20/2008     Page 4 of 5



Wed September 5, 2007     13:41:03 PST     Support | USAePay | LogOut

**IO Group (Titan Media 2)**     User: iogroup

Home | vTerminal | Quick Sale | Recurring Billing | Batches | Reports | Search | Settings | Fraud Center

## Transaction Details    IO Group (Titan Media 2)

### Transaction Result

| | |
|---|---|
| **Transaction ID:** | 44241236 |
| **Type:** | Sale |
| **Status:** | Settled |
| **Batch:** | 746 |
| **Auth Code:** | 027773 |
| **Avs Result:** | Address: Match & 5 Digit Zip: Match |
| **CVV2 Result:** | Match |

### Mastercard Secure Code Authentication

| | |
|---|---|
| **CAVV:** | - Not Sent - |
| **ECI:** | - Not Sent - |
| **Validated:** | - CAVV Not Sent - |

### Transaction Info

| | |
|---|---|
| **Order ID:** | 38965 |
| **Date:** | 09/01/2007 |
| **Time:** | 14:26 PST |
| **Invoice:** | 38965 |
| **PO #:** | |
| **Description:** | TitanMen.com Store Order |
| **Amount:** | 19.95 |
| **Tax:** | 0.00 |
| **Cardholder:** | Gilbert Michael Gonzales |
| **Data Source:** | Card Not Present, Manually Keyed |
| **Cardnumber:** | xxxxxxxxxxxx9011 (Master) 🔒 |
| **Expiration:** | xxxx 🔒 |
| **AVS Street:** | 66640 Granada Avenue |
| **AVS Zip:** | 92240 |
| **User:** | auto |
| **Source:** | Primary Transaction Key |
| **Server IP:** | 129.250.133.34 🇺🇸 |
| **Client IP:** | 75.85.209.234 🇺🇸 |

### Billing Address

| | |
|---|---|
| **Customer ID:** | 61867 |
| **First Name:** | Gilbert Michael |



**Quick Credit**
Amount: 19.95 [Credit]
Description:



**Quick Sale**
Amount: 19.95 [Sale]
Description:



Print Receipt

Create as Billing Customer

| | |
|---|---|
| **Last Name:** | Gonzales |
| **Company:** | |
| **Street:** | 66640 Granada Avenue |
| **Street 2:** | |
| **City:** | Desert Hot Springs |
| **State:** | CA |
| **Zip:** | 92240 |
| **Country:** | US |
| **Phone:** | 760-251-1577 |
| **Email:** | gillygonza@roadrunner.com |

**Shipping Address**

| | |
|---|---|
| **First Name:** | |
| **Last Name:** | |
| **Company:** | |
| **Street:** | |
| **Street 2:** | |
| **City:** | |
| **State:** | |
| **Zip:** | |
| **Country:** | |
| **Phone:** | |

Okay

Email Support | Privacy Policy | License

