

Explicit images redacted by plaintiff.

207 x 285 (447.49k)   262 x 300 (45.97k)

---


**MikeyG**

Advanced Member

Group: Members
Posts: 153
Joined: 9-February 07
From: Desert Hot Springs
Member No.: 4,432

Jun 6 2007, 06:41 AM    Post #140

**QUOTE(jocko @ Jun 5 2007, 09:36 PM)**

I read these messages and experience evolving feelings of comraderie, sorrow, hostility and empathy.

I am jocko. I have history. I have a following. I cannot deny, nor change, these facts. I am who I am.

My sudden appearance on this forum, depending on your perspective, could be perceived as either the harbinger of renewed vitality and energy, or the nemesis unleashing the final, fatal affliction upon this place we all once considered "ours".

And what a community this place had become! Hustling and bustling, friendship, teamwork and cooperation the likes I'd never seen. Queers aren't supposed to get along so well; we're supposed to snipe and backtalk and denigrate - anything to knock the other guy down a notch so we can inflate our own delusional sense of self-importance and esteem.

And now that the candy store has been shut down, the finger-pointing has begun. And so it shall continue for days on end. "This person hasn't posted their regrets; they obviously were never committed to this forum." "That person was too open in naming the studio/movie files they shared; they weren't careful enough." "Those people were only thankless, demanding leechers." "These people posted too often and brought too much unwanted attention." "We are all bad for stealing from the porn studios and not respecting their copyrights." …ad nauseum…

To these folks I can only respond thusly:  **~ Kiss My Royal Hawaiian Ass! ~**

I've never paid for my pr0n and don't intend to start anytime soon. My access to paysites is only through shared passwords and backdoor hacks. My premium rapidshare account came free, and will continue that way for the foreseeable future. And I shall continue to share with others that which I find erotic and pleasurable. If this threatens you or infuriates you… well, get over yourself! 

The free porn continues to flow; you just need to know where to look.

My messagebox has been overflowing; I'm sorry I've not been able to get back to each of you individually. Your words of kindness and support have been read and have been taken to heart. I am thankful for so many who have become friends and confidants, and for those who have shared their treasures so unselfishly. Special thanks goes to Cubanito and yorkie, two "old-timers" who graciously went out of their way to make this forum newcomer feel welcomed.

It was one hell of a ride. I am sorry it is over.

Agreed Msr. Jocko. Whether a board member made his first post in this thread asking what has happened - or a regular poster did the same makes no difference in the world. I myself remained anonymous on another board for months before I even made my presence known. It's not being anti-social, it's not being rude either and anyone who says differently can suck it. I posted here because I wanted to share what I have with others

- that's why my blog continues - and when that gets deleted, I will move on to another (I just hope y'all can find me when I do) word-of-mouth is a wonderful thing. How do you think this place became so popular? When I first came here, the most people that were online were 2 or 3 registered members and 10 or so guests - look at this place now!

It's too bad that intimidation ruins a great thing. And as far as paying for porn? Give me a fucking break - I did a little math, I posted a VERY popular DVD-R of a recent movie on 2 bit torrent sites - the torrents had over 500 downloaders. Retail price of the DVD: $59.99 - that's nearly $30,000. SO... please don't tell me how the porn companies are suffering - how many do you think were sold legitamately? When porn costs more than a mainstream DVD, there is something seriously wrong. Anyway ... *hops off soapbox* it was fun while it lasted, there will be other boards popping up soon in the near future. See ya there! :)

--------------------



[TOP] [REPORT]                                                                                    [QUOTE] [REPLY]

Enter Keywords    [Search Topic]                                « Next Oldest · **General Chat** · Next Newest »

36 Pages ▼  « < 5 6 7 8 9 > »                                        [FAST REPLY] [ADD REPLY] [NEW TOPIC]

**1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)**

1 Members: mndg77

|                                              | |-- General Chat ▼ | Go |

IPB 2.2.0 Default ▼    English ▼        **Lo-Fi Version**         Time is now: 5th September 2007 - 12:43 PM

Powered By IP.Board 2.2.2 © 2007 IPS, Inc.