gay male forum: the latest info: Heya Boys! MikeyG Here!

Case 3:07-cv-05026-MHP    Document 28-7    Filed 02/20/2008    Page 1 of 1

# gay male forum: the latest info

meeting place of gay male bloggers who have

been displaced/victimized by the evil bastards at ???

3/14/07

## Heya Boys! MikeyG Here!

First off, I'd like to say thanks to W.W. West for setting me up here so I have the opportunity to let you all know what's going on. Yes, Time For Cookies on Thumblogger has been blocked and I have no intention of contacting them - like Val said below, I don't have ownership of the clips I post. I do belong to several other sites on the net that I will be contributing to like HGL, GT, What's Ya Flava? And The Evolution Of Jason

I have also started Time For Cookies on Blogger again as a private blog.

It seems that once us guys who believe in sharing what we have with others and gain a following, there will always be those who feel the need to destroy what we have created. I chatted with Val earlier today and shared my theory about what happened to our respective blogs. The first time that I was bounced from Blogger, I had recieved the same email from Titan about stealing from them and they threatened to close down all of my buddies blogs as well. A few days later, there was the mass deletion of blogs from Blogger. This time, Val was the recipient of the email from the same Titan representative and being that I was listed in his blogroll, they came after me as well - perhaps there are other Thumblogger blogs that have been blocked today as well. Anyway, just a theory.

So please don't worry about TforC, it is alive and well just under the radar this time - and you can always find me on other blogs and websites as well!
Thanks!

-=*UPDATE!*=-

PLEASE, please do not ask for an invite to the private blog anymore! Blogger has limitations in

place for private blogs and it makes posting new stuff and sending out invites next to

impossible (there have been no new posts for over a month) - if you were early enough to get an

invite, congratulations - I'm sure most of the links are still working so grab them while you can

- if you weren't lucky, there is a public blog in place - you will have to find that on your own ('ol

"crusty-cunt-squarepants" is on the loose again...) but it is where all my new content is posted

now - so please, once again, do not request an invite!