GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT MICHAEL GONZALES, an individual,<br><br>Defendant. | ) CASE NO.: 07-5026 (MHP)<br>)<br>)<br>)<br>) **DECLARATION OF GILL SPERLEIN,**<br>) **IN SUPPORT OF PLAINTIFF'S**<br>) **APPLICATION FOR DEFAULT**<br>) **JUDGMENT BY COURT**<br>)<br>)<br>) Date:  April 7, 2008<br>) Time:  3:00 p.m.<br>) Ctrm: 15, 18th Floor<br>)<br>)<br>) |

I, Gill Sperlein, declare as follows:

1.  I am general counsel for Plaintiff, IO Group, Inc. and am plaintiff's attorney of record in this matter.

2.  Defendant Gilbert Michael Gonzales has not responded to the Complaint within the time permitted by law.

3.  The Court Entered default against Defendant Gilbert Michael Gonzales on January 3,

-1-

Sperlein Declaration in Support of
Plaintiff's Application for Default Judgment
07-5026 (MHP)

2008.

    4.  Defendant Gilbert Michael Gonzales is not an infant, and to the best of my knowledge is not an incompetent person or in military service or otherwise exempted under Soldiers' and Sailors' Civil Relief Act of 1940.

    5.  I calculated the number of statutory awards Plaintiff Io Group, Inc. is entitled to by adding all of the infringed works, and only counting a work one time even if it was infringed from more than one location.  I did not include any infringements that were the subject of earlier reached settlement agreements.  Defendant is subject to thirty-three (33) statutory damage awards.

    6.  I recently reviewed the on-line retailer amazon.com's website and discovered that it advertises a DVD of last year's Best Picture Oscar winner *The Departed* for $13.99 and a two-disc edition of the 1941 Best Picture winner, *Gone with the Wind* also for $13.99.  I printed pages from the amazon.com website showing these prices and have attached a copy of those pages hereto as Exhibit A.


    Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.


    Dated:  *February 20, 2008*                  */s/ Gill Sperlein*

                                          GILL SPERLEIN,
                                          Attorney for Plaintiff

Sperlein Declaration in Support of
Plaintiff's Application for Default Judgment
07-5026 (MHP)