**Hello, D. Gill Sperlein.** We have recommendations for you. (Not D.?)

D.'s Amazon.com  Today's Deals  Gifts & Wish Lists  Gift Cards  Your Account

DVD ▼ [_____]

**Movies & TV**

| Advanced Search | Browse Genres | New Releases | Bestsellers | DVD Deals | TV Central | High-Def 101 | Video Download |



To get this item by **Monday**, Feb 25 order within 22hr 21min.

Get Free Shipping for a full month with a Free Trial of Amazon Prime
› **learn more**





See larger image



See all 11 customer images
Share your own customer images

**The Departed (Widescreen Edition) (2006)**
**Starring:** Leonardo DiCaprio, Matt Damon
**Director:** Martin Scorsese **Rating** [R]

★★★★☆ ☑ (419 customer reviews)

**List Price:** $19.98
**Price:** **$13.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $5.99 (30%)

**Availability:** In Stock. Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Friday, February 22?** Order it in the next 21 hours and 21 minutes, and choose **One-Day Shipping** at checkout. See details

**135 used & new** available from $6.04

**Quantity:** [1 ▼]



or

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**135 used & new** from $6.04

Have one to sell?


[Add to Wish List ▼]
[Add to Shopping List]
[Add to Wedding Registry]
[Add to Baby Registry]
[Tell a friend]

**This title is also available in Blu-ray and HD DVD Combo Disc.**

**Format:** DVD

## Better Together

Buy this DVD with Blood Diamond [Blu-ray] **DVD** ~ Leonard DiCaprio today!

 + 

**Total List Price:** $48.97
**Buy Together Today: $28.94**
[Add both to Cart]

## What Do Customers Ultimately Buy After Viewing This Item?

**Hello, D. Gill Sperlein.** We have recommendations for you. (Not D.?)

D.'s Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards    Your Account

DVD

**Movies & TV**



| Advanced Search | Browse Genres | New Releases | Bestsellers | DVD Deals | TV Central | High-Def 101 | Video Downlo... |

To get this item by **Friday**, Feb 22 order within 2hr 34min.

**Get Free Shipping for a full month with a Free Trial of Amazon Prime**
› **learn more**





See larger image

See 1 customer image
Share your own customer images

### Gone with the Wind (Two-Disc Edition) (1941)
**Starring:** Everett Brown, Fred Crane
**Director:** Cukor, George, Fleming, Victor
**Rating** 

★★★★☆ (689 customer reviews)

**List Price:** $19.98
**Price:** **$13.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $5.99 (30%)

**Availability:** In Stock. Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, February 21?** Order it in the next 2 hours and 34 minutes, and choose **One-Day Shipping** at checkout. See details

**30 used & new** available from $12.73

**Quantity:** 1



or
Sign in to turn on 1-Click ordering.

**More Buying Choices**

**30 used & new** from $12.73

Have one to sell?



**Format:** DVD

## Watch a Related Video