UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC.,                                        No. C 07-05026 MHP

        Plaintiff(s),                       **CLERK'S NOTICE**
                                                           **(Matter to be submitted on papers)**

   v.

GILBERT M. GONZALES et al,

        Defendant(s).
_____/

     Plaintiff, having moved this Court for a hearing on April 7, 2008, the parties are hereby notified that the motion for default judgment will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.  The status conference, currently on calendar for April 7, 2008, shall also stand vacated.

                                                                    Richard W. Wieking
                                                                    Clerk, U.S. District Court

Dated:  April 2, 2008                            Anthony Bowser, Deputy Clerk to the
                                                                   Honorable Marilyn Hall Patel
                                                                              (415) 522-3140