UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

    Plaintiff(s),

vs.

GILBERT MICHAEL GONZALES

    Defendant(s).

No.07-5026 MHP

**ORDER RE DEFAULT JUDGMENT**

# [~~PROPOSED~~] ORDER

Having fully considered plaintiff's Application for Default Judgment and the Declarations and Exhibits in support thereof and reviewing the record, the Court grants the application as follows:

1. <u>Copyright Infringement</u>

The Court grants plaintiff a base statutory damages award in the amount of ~~twenty-five~~ *seventeen (17)* thousand dollars ($25,000.00) per work for defendant's infringement of ~~thirty-three (33)~~ works, for a total of ~~eight~~ *four* hundred twenty-five thousand dollars ~~($825,000.00)~~ *$425,000.00*.

2. <u>Willful Copyright Infringement</u>

The Court finds defendant's actions to be willful and thus trebles the base award to $75,000 per work for a total enhanced award of ~~two million, four hundred~~ *one million, two hundred* seventy-five thousand dollars ~~($2,475,000.00)~~ *$1,275,000.00*.

3. <u>Injunctive Relief</u>

The Court enjoins defendant from engaging in any unauthorized use of plaintiff's copyrighted works.

DATED: *April 10, 2008*

MARILYN HALL PATEL
United States District Judge

*The court must rely not on a total number of works as alleged in the Sperlein declaration, but the works actually enumerated and identified in the West declaration for which the court can identify the work and the certificate of registration. This totals seventeen (17).*

-1-