UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.
          Plaintiff,

vs.

GILBERT MICHAEL GONZALES,
Defendants.
_____/

No. C 07-5026 MHP

**JUDGMENT**
**(Fed.R.Civ.P. 55(b))**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and an order having been duly filed this date granting plaintiff's motion for default judgment,

    IT IS ORDERED AND ADJUDGED that plaintiff's motion for default judgment is GRANTED and plaintiff IO GROUP, INC., recover of the defendant GILBERT MICHAEL GONZALES the sum of $1,275,000.00 as and for statutory and willful damages.

    IT IS FURTHER ORDERED AND ADJUDGED that defendant GILBERT MICHAEL GONZALES is PERMANENTLY ENJOINED AND RESTRAINED from engaging in any unauthorized use of plaintiff's copyrighted works.

DATED: April 10, 2008

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California