GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>  Plaintiff,<br><br>         vs.<br><br>GILBERT MICHAEL GONZALES, an individual,<br><br>  Defendant. | **CASE NO.: 07-5026 (MHP)**<br><br>**APPLICATION FOR ORDER TO SHOW CAUSE WHY GILBERT MICHAEL GONZALES SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING PERMANENT INJUNCTION**<br><br>Hearing Date:  August 25, 2008<br>Time:  2:00 p.m.<br>Ctrm:  15, 18th Floor |

Plaintiff Io Group, Inc. by its undersigned counsel, applies for the entry of an Order to Show Cause Why Defendant Gilbert Michael Gonzales should not be held in contempt for refusal to comply with this Court's Order and Permanent Injunction of April 10, 2008.  In support of its Application, Plaintiff represents as follows:

-1-
APPLICATION FOR ORDER TO SHOW CAUSE
C-07-5026 (MHP)

1. This Court issued its Order re Default Judgment in this case on April 10, 2008, entering judgment that:

    a. Plaintiff recover the sum of $1,275,000.00 in statutory and willful damages from GILBERT MICHAEL GONZALES; and

    b. That GILBERT MICHAEL GONZALES is PERMANENTLY ENJOINED AND RESTRAINED from engaging in any unauthorized use of plaintiff's copyrighted works.

2. Subsequent to the entry of Judgment, Defendant GILBERT MICHAEL GONZALES has continued to infringe Plaintiff's copyrighted works. Defendant has continued to reproduce Plaintiff's copyrighted works, store those copies on free public hosting services and provide links to the general public by and through the Internet. Ruoff Declaration at ¶¶4 and 5. Plaintiff Io Group, Inc. has not authorized GONZALES' use of its copyrighted works in this manner. *Id*. at ¶6.

3. Moreover, GONZALES has held himself up as an example that judgment proof infringers have nothing to fear and that even if a large judgment is entered against them, there is nothing the Courts can do to prevent them from continuing to infringe. Gonzales stated recently in a message posting to a piracy discussion group, "I am MikeyG – the one who Titan sued and won 2.1 million [sic] from – not that they will ever collect and not that I will ever stop sharing what I have with others – just be very careul [sic] – continue sharing but share only with those you know or have known for a while or Titan will come after you like they came after me." *Id*. at ¶8.

Therefore, Plaintiff Io Group, Inc. requests that the Court order Plaintiff Gilbert Michael Gonzales to show cause why he should not be found in contempt of the judgment of the Court

including the section providing for injunctive relief. Plaintiff requests civil penalties, attorneys fees and costs.

Dated: *July 11, 2008*  

Respectfully Submitted,

*/s/ Gill Sperlein*
_____
GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.
Attorney for Plaintiff Io, Group, Inc.

# **CERTIFICATE OF SERVICE**

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business. Today I served the attached:

- **Order of Default Judgment**
- **Judgment**
- **Application for Order to Show Cause Why Gilbert Michael Gonzales Should Not Be Held in Contempt of Court for Violating Permanent Injunction**
- **Declaration of Keith Ruoff in Support of Application for Order to Show Cause Why Gilbert Michael Gonzales Should Not Be Held in Contempt of Court for Violating Permanent Injunction**

by causing a true and correct copy of the above to be placed with the United States Postal Service at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

Gilbert Michael Gonzales
66640 Granada Avenue
Desert Hot Springs, CA  61867

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008.

Dated: *July 11, 2008*              */s/ Gill Sperlein*
                                    GILL SPERLEIN,
                                    Counsel for Plaintiff Io Group, Inc.