GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>    Plaintiff,<br><br>          vs.<br><br>GILBERT MICHAEL GONZALES, an individual,<br><br>    Defendant. | CASE NO.: 07-5026 (MHP)<br><br>DECLARATION OF KEITH RUOFF IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE WHY GILBERT MICHAEL GONZALES SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING PERMANENT INJUNCTION<br><br>Hearing Date: August 25, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15, 18th Floor |

I, KEITH RUOFF, declare as follows:

1. I am Vice President of Plaintiff, IO Group, Inc.

2. I am in charge of all Io Group's Internet activity and am familiar with Internet trends and the way in which many websites operate, including piracy websites.

3. Subsequent to this Court's entry of judgment in this matter on April 10, 2008, I have become aware that the Defendant GILBERT MICHAEL GONZALES is defying the Court order by continuing to distribute Io Group owned and copyrighted works via the Internet.

-1-

Webb Declaration in Support of
Plaintiff's Application for OSC re Contempt
07-5026 (MHP)

4. I observed a posting to the message area of the piracy group http://groups.yahoo.com/group/Rapidshare_Sendspace_Links/ which contained the words, "It's finally here!" just above a copy of the box cover for Io Group's latest release *Folsom Prison*. There were screen captures beneath the boxcover, (a series of still frames extracted from the movie). And finally, below the screen captures, were 20 links to file locations on servers at rapidshare.com. I have attached excerpts from that e-mail hereto as Exhibit A.

5. When one clicks on the links described above, one is directed to a location where one can download a file containing a portion of the movie *Folsom Prison*. When all the files have been downloaded they can be rejoined and the movie in its entirety can be viewed on the computer to which they were downloaded. I reconnected these files in this manner and viewed the files to confirm that they contained Io Group's copyrighted work *Folsom Prison*. They did.

6. Io Group, Inc. has not authorized Defendant GILBERT MICHAEL GONZALES' use of *Folsom Prison* or any other Io Group owned or copyrighted movies.

7. Io Group released the movie *Folsom Prison* to wholesale customers on June 24, 2008. GONZALES reproduced and distributed his illegal version through the Yahoo! piracy group seven days later on July 1, 2008.

8. I also witnessed that an individual with the screen name "Mike Gonzales" wrote on the message board of the piracy group, "I am MikeyG – the one who Titan sued and won 2.1 million [sic] from – not that they will ever collect and not that I will ever stop sharing what I have with others – just be very careul [sic] – continue sharing but share only with those you know or have known for a while or Titan will come after you like they came after me."  I have attached excerpts from that e-mail hereto as Exhibit B.

9. Both the message with the illegal links and the message in which MikeyG boasts that he

-2-

Webb Declaration in Support of
Plaintiff's Application for OSC re Contempt
07-5026 (MHP)

"will never stop sharing" were posted from the e-mail gillygonza@roadrunner.com.  On October 14, 2007 Michael Gonzales wrote to Io Group's general counsel from that same e-mail address and stated in writing that the address was "fine for sending any future correspondence to me."  A true and complete copy of that correspondence is attached hereto as Exhibit C.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *July 11, 2008*                                 /s/ Keith Webb
                                                                        KEITH WEBB,
                                                                        Vice President, Plaintiff Io Group, Inc.

I hereby attest that this is the declaration of Keith Webb and the original with Keith Webb's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party.  Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *July 11, 2008*                                 */s/ Gill Sperlein*
                                                                        GILL SPERLEIN,
                                                                        Counsel for Plaintiff Io Group, Inc.

-3-
Webb Declaration in Support of
Plaintiff's Application for OSC re Contempt
07-5026 (MHP)

# **CERTIFICATE OF SERVICE**

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business. Today I served the attached:

- **Order of Default Judgment**
- **Judgment**
- **Application for Order to Show Cause Why Gilbert Michael Gonzales Should Not Be Held in Contempt of Court for Violating Permanent Injunction**
- **Declaration of Keith Ruoff in Support of Application for Order to Show Cause Why Gilbert Michael Gonzales Should Not Be Held in Contempt of Court for Violating Permanent Injunction**

by causing a true and correct copy of the above to be placed with the United States Postal Service at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

Gilbert Michael Gonzales
66640 Granada Avenue
Desert Hot Springs, CA  61867

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008.

Dated: *July 11, 2008*             */s/ Gill Sperlein*
                                    GILL SPERLEIN,
                                    Counsel for Plaintiff Io Group, Inc.