----- Forwarded Message ----
From: Mike Gonzales <gillygonza@roadrunner.com>
To: Rapidshare_Sendspace_Links@yahoogroups.com
Sent: Tuesday, July 1, 2008 1:01:37 PM
Subject: |Rapidshare_Sendspace_Links| "I hear the train a comin' It's rollin' 'round the bend, And I ain't seen the sunshine, Since, I don't know when..."

7/8/2008

Yes... It's finally here! 



7/8/2008

File Name: Titan - Folsom Prison (Disc 1).avi
File Size: 1015.46 MB
Resolution: 720x394
Duration: 01:38:35





http://rapidshare.com/files/126194703/FPfromEE.part01.rar
http://rapidshare.com/files/126196149/FPfromEE.part02.rar
http://rapidshare.com/files/126197730/FPfromEE.part03.rar
http://rapidshare.com/files/126199453/FPfromEE.part04.rar
http://rapidshare.com/files/126200975/FPfromEE.part05.rar
http://rapidshare.com/files/126202388/FPfromEE.part06.rar
http://rapidshare.com/files/126204895/FPfromEE.part07.rar
http://rapidshare.com/files/126206231/FPfromEE.part08.rar
http://rapidshare.com/files/126207503/FPfromEE.part09.rar
http://rapidshare.com/files/126208945/FPfromEE.part10.rar
http://rapidshare.com/files/126210402/FPfromEE.part11.rar
http://rapidshare.com/files/126211763/FPfromEE.part12.rar
http://rapidshare.com/files/126214004/FPfromEE.part13.rar
http://rapidshare.com/files/126215205/FPfromEE.part14.rar
http://rapidshare.com/files/126216427/FPfromEE.part15.rar
http://rapidshare.com/files/126217541/FPfromEE.part16.rar
http://rapidshare.com/files/126218713/FPfromEE.part17.rar
http://rapidshare.com/files/126219803/FPfromEE.part18.rar
http://rapidshare.com/files/126220897/FPfromEE.part19.rar
http://rapidshare.com/files/126221285/FPfromEE.part20.rar

Messages in this topic (1)     Reply (via web post) | Start a new topic

Messages | Files | Photos | Links | Polls

MARKETPLACE

Blockbuster is giving away a FREE trial of - Blockbuster Total Access.

YAHOO! GROUPS

Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

7/8/2008