----- Forwarded Message ----
From: Mike Gonzales <gillygonza@roadrunner.com>
To: Rapidshare_Sendspace_Links@yahoogroups.com
Sent: Thursday, July 3, 2008 2:34:05 PM
Subject: Re: [Rapidshare_Sendspace_Links] FILE SHARING

Well apparently, the Titan Mole has infiltrated yahoo groups - which could have been avoided by making the group private and only allowing known friends into the group... Or by sharing only with a very private circle of friends through email only.

In case any of you are wondering, this isn't the first time that they have caused problems for people who share files - I am MikeyG - the one who Titan sued and won 2.1 million from - not that they will ever collect and not that I will ever stop sharing what I have with others - just be very careul - continue sharing but share only with those you know or have known for a while or Titan will come after you like they came after me.

-------Original Message----- --

*From:* GEMINI
*Date:* 7/3/2008 2:17:47 PM
*To:* rapidshare_sendspace_links@yahoogroups.com
*Subject:* [Rapidshare_ Sendspace_ Links] FILE SHARING

THIS CAME FROM ANOTHER GROUP, JUST THOUGHT I WOULD PASS IT ALONG.

Crikey! Things are getting rough in the world of file-sharing groups!

Titan Media has served a subpoena on Yahoo! demanding the

RECENT ACTIVITY
New Members     12
New Photos      16
New Files        4
Visit Your Group

Y! Messenger
Send pics quick
Share photos while
you IM friends.

Yahoo! Groups
Real Food Group
Share recipes
and favorite meals.

Yahoo! Groups
Familyographer Zone
Learn how to take
great pictures.

7/8/2008

account details of the owners and moderators of the Cinemashare group (which makes yesterday's call by the Cinemashare group owners for 'extra' moderators - without mentioning their current difficulties - just a little 'questionable' ).

I guess those are the risks one takes with open groups. All the more reason why the members of private, unlisted groups are privileged to a certain extent and must be very careful about exposing their groups to outside scrutiny. Steps such as always putting the group's address in the BCC line if cross-posting, or completely reformatting and remaking an email to lose all headers and group information if forwarding group message posts. And never mentioning the group outside the circle of its members except in non-identifying ways.

Every day, companies like Titan Media and industry groups like the RIAA and MPAA and their equivalents in other countries and other branches of the entertainment and computer software industries tighten their grip on law makers and their influence in the courts and become more aggressive in protecting their interests and pursuing those who violate copyrights and intellectual property, so this is not a passing phase or even inconsequential when a company subpoenas Yahoo! for account details of owners and moderators of a group. It may be just a warning shot across the bows at this stage and this time. But it is a warning shot that will be heard, everywhere, I'll bet.

It's a warning shot that I would like heard in this group. While our group, The_Help_Group, has never been about file-sharing or movie trading, from time to time members do post - for one reason or another - sets of full links to movies or software (warez) on rapidshare or elsewhere and this should stop. If members offer links or software, they should do so privately directly to a member requesting help and never through the group. It is a risk that members cannot expect or ask Carl or me or our other moderator to take, and we won't. In the future, I intend not to approve any message that contains full sets of links to a movie, or to warez. I know that Carl will back me on this.

Brian De B (co-owner, The_Help_Group)

7/8/2008

---------- Forwarded message ----------
From: **nyc blkboy**
Date: Thu, Jul 3, 2008 at 5:47 AM
Subject: Fwd: ****Gay_Group_ Moderators* *** Titan subpoenas the CinemaShare group
To:


FYI :(

Share with other Moderators and owners.

Thurman

---------- Forwarded message ----------
From: **C. Smith**
Date: Wed, Jul 2, 2008 at 10:05 PM
Subject: ****Gay_Group_ Moderators* *** Titan subpoenas the CinemaShare group
To: Gay_Group_Moderator s@yahoogroups. com


Greetings!

Today Yahoo notified the all of the moderators of CinemaShare that Io
Group (Titan) has subpoenaed information about the moderators' Yahoo
user accounts. This is probably Titan's first step toward legal
action that will result in Yahoo closing CinemaShare or forcing it to
go inactive (say, by terminating the moderators' accounts). Be aware
that Titan continues its activity against gay groups on Yahoo. If
CinemaShare disappears, you'll know why.

--C, CinemaShare co-owner/co- moderator

---

NOTICE OF SUBPOENA

We are writing to inform you that Yahoo! has been served

7/8/2008

with a
subpoena requiring disclosure of information related to your user
account at Yahoo!

The subpoena was issued in an action entitled:

In re: Io Group, Inc.

pending in:

United States District Court, Northern District of California, Case
No. CV-08-80128 MISC

The subpoena, dated June 19, 2008, requires that Yahoo! produce
documents related to your Yahoo! account. Please be aware that your
communications with Yahoo! may also be discoverable.

The attorney for the subpoenaing party, Io Group, Inc., is

Gill Sperlein,
Io Group
69 Converse Street
San Francisco, CA 94103
415-252-7747 (f)

Please be advised that Yahoo! will respond to the subpoena 7 days from
the date of this notice, unless we have notice that a motion to quash
the subpoena (or other legally appropriate challenge to the subpoena)
has been filed, or the matter has been otherwise resolved.

You may wish to consult an attorney to advise you about the foregoing.

Please contact the subpoenaing party to obtain a copy of the subpoena.
If you wish to contact Yahoo! regarding this matter, please direct
your correspondence to notice-user@ yahoo-inc. com.

7/8/2008

7/8/2008

**THE GREATEST GIFT OF GOD IS LIFE,**
**THE GREATEST GIFT OF LIFE IS EXPECTATION.**
**EXPECT THE UNEXPECTED.**

**ONE LOVE......... ...**

__'__'__'____

Messages in this topic (2)　　　Reply (via web post) | Start a new topic

Messages | Files | Photos | Links | Polls

MARKETPLACE

Special offer for Yahoo! Groups from Blockbuster! Get a free 1-month trial with no late fees or due dates.

**YAHOO!** GROUPS
Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

__'__'__'____