**Gill Sperlein**

From: Mike Gonzales [gillygonza@roadrunner.com]
Sent: Sunday, October 14, 2007 7:19 PM
To: Gill Sperlein
Subject: Response to letter dated 10-11-07

October 14, 2007

Gilbert M. Gonzales
66640 Granada Avenue
Desert Hot SpringsCA 92240
gillygonza@roadrunner.com

G. Sperlein
584 Castro StreetSuite 849
San FranciscoCA 94114


Dear Mr. Sperlein,

The email address above is fine for sending any future correspondence to me.

The people who were members of my last private blog on Ning were known to me by usernames only - I do not have personal relationships with any of them. In turn, if a staff member of gaytorrent.ru was a member of that blog it was never mentioned and was unknown to me. However, I would be willing to intiate an attempt at contacting the people who run gaytorrent.ru and request that they remove and ban all of your videos now and in the future. If this is agreeable then please let me know at your convenience.

Sincerely

Gilbert M. Gonzales

7/10/2008