GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>      Plaintiff,<br><br>            vs.<br><br>GILBERT MICHAEL GONZALES, an individual,<br><br>      Defendant. | **CASE NO.: 07-5026 (MHP)**<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE AN ORDER OF CONTEMPT AGAINST GILBERT MICHAEL GONZALES**<br><br>Hearing Date:  September 29, 2008<br>Time:  3:00 p.m.<br>Ctrm:  15, 18th Floor |

**Background**

Plaintiff Io Group, Inc. brought an action for copyright infringement against Gilbert Michael Gonzales seeking damages and injunctive relief.  Upon Gonzales' default, this Court entered judgment in the amount of $1,275,000.00 and issued a permanent injunction enjoining and restraining Gonzales from engaging in any unauthorized use of plaintiff's copyrighted works.

Subsequent to the courts order, Gonzales made unauthorized copies of one plaintiff's registered works and distributed those copies via the Internet. In statements accompanying the distribution of the unauthorized copies, Defendant Gonzales wrote, "I will never stop sharing what I have with others."

Plaintiff Io Group moved this Court to issue an Order to Show Cause why an Order of Contempt Should not issue. Gonzales did not oppose the motion or otherwise appear. Having read and considered plaintiff's papers and oral argument,

IT IS HEREBY ORDERED THAT, Defendant Gilbert Michael Gonzales is ordered to appear before this Court and show cause why the Court should not issue an Order of Contempt.

IT IS FURTHER ORDERED THAT, failure to appear will result in a warrant being issued for defendant Gilbert Michael Gonzales' arrest.

SO ORDERED

Dated:_____

                                                               _____
                                                               MARYLYN HALL PATEL
                                                               UNITED STATES DISTRICT JUDGE