**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 25, 2008

Case No.   C 07-5026  MHP          Judge: MARILYN H. PATEL

Title: IO GROUP d/b/a TITAN MEDIA -v- GILBERT M GONZALES et al

Attorneys:  Plf: Gill Sperlein
            Dft: No Appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Order to Show Cause Hearing

2)

3)

**ORDERED AFTER HEARING:**

No appearance or response to OSC by defendant; Plaintiff to submit proposed order to OSC on contempt, citing various violations occuring; Further OSC set for 9/29/2008 at 2:00 pm; Failure to appear will result in an issuance of warrant.