GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation, <br><br>     Plaintiff, <br><br>               vs. <br><br> GILBERT MICHAEL GONZALES, an individual, <br><br>     Defendant. | CASE NO.: 07-5026 (MHP) <br><br> [PROPOSED] ORDER FOR INJUNCTIVE RELIEF |

**Background**

Plaintiff Io Group, Inc. brought an action for copyright infringement against Gilbert Michael Gonzales seeking damages and injunctive relief.  Upon Gonzales' default, this Court entered judgment in the amount of $1,275,000.00 and issued a permanent injunction enjoining and restraining Gonzales from engaging in any unauthorized use of plaintiff's copyrighted works.

Subsequent to the Court's order, Gonzales made further unauthorized copies of plaintiff's registered work and distributed those copies by and through the Internet.  In statements

accompanying the distribution of the unauthorized copies, Defendant Gonzales wrote, "I will never stop sharing what I have with others."

Plaintiff Io Group moved this Court to issue an Order to Show Cause why an Order of Contempt Should not issue.  Gonzales did not oppose the motion or otherwise appear.  This Court issued an Order to Show Cause and scheduled a hearing for September 30, 2008.  Io Group, Inc. appeared through counsel and Defendant Gilbert Michael Gonzales appeared telephonically.

Defendant apologized and agreed to cooperate fully and to immediately desist infringing plaintiff's copyright registered works.  Upon agreement of plaintiff though its counsel and Defendant Gilbert Michael Gonzales, this Court now issues the following Order for Permanent Injunctive Relief.

IT IS HEREBY ORDERED THAT, Defendant Gilbert Michael Gonzales is enjoined from engaging in any unauthorized use of any Io Group, Inc. owned work.

IT IS FURTHER ORDERED THAT, Defendant Gilbert Michael Gonzales is enjoined from aiding, inducing or encouraging others to engage in any unauthorized use of any Io Group, Inc. owned work.

IT IS FURTHER ORDERED THAT, any violation of this Order for Injunctive Relief shall be deemed an act of contempt.  Upon presentation of evidence of any such violation, the Court shall issue a warrant for the arrest of Gilbert Michael Gonzales.

SO ORDERED

Dated: 10/1/2008



-2-

[PROPOSED] ORDER FOR INJUNCTIVE RELIEF
C-07-5026 (MHP)